ELECTRONICALLY FILED
Faulkner County Circuit Court Probate Division
Margaret Darter, County Clerk
2020-Dec-01  13:08:50
23PR-20-607
C20D04 : 2 Pages

## IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
### PROBATE DIVISION

**IN THE MATTER OF:**
**ESTATE OF MONTE JOHN MUNYAN, DECEASED**                    **NO. 23PR-20-607**

### AGREED ORDER FOR SUBSTITUTION OF SPECIAL ADMINISTRATOR

Karen Munyan has come before this Court asking to be substituted as the Special Administrator of the Estate of Monte John Munyan with respect to the lawsuit filed as USDC Case Number 4:18-CV-468 by Christine Turner, Special Administrator of the Estate of Linda Warner, Deceased. There is no objection by Ms. Turner nor Mr. Giattina to this substitution. Accordingly, Ms. Munyan is hereby substituted as the Special Administrator and Timothy Giattina is relieved of all duties and obligations. Upon filing of Ms. Munyan's Acceptance, Letters of Special Administration shall be issued forthwith.

IT IS SO ORDERED ON THIS _____ day of _____, 2020

_____
Circuit Court Judge



Arkansas Judiciary

**Case Title:**        MONTE JOHN MUNYAN

**Case Number:**    23PR-20-607

**Type:**              AGREED ORDER

So Ordered

*David M. Clark*

Judge David M Clark

Electronically signed by DMCLARK on 2020-12-01 13:08:51    page 2 of 2