**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SANDRA JONES, Personal Representative of
the Estate of Antonio L. Jones, Deceased**     **PLAINTIFF**

**VS.**     **NO. 4:21-cv-444-BRW**

**FAULKER COUNTY, ARKANSAS;
DR. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually**     **DEFENDANTS**

**MOTION STRIKE PLAINTIFF'S AMENDED COMPLAINTS FILED WITHOUT
LEAVE OR CONSENT (DOC. ## 12 &14)**

Come now the Defendants, Faulkner County, Arkansas, Dr. Garry Stewart, M.D., Karen Grant, and Leanne Dixon (referred to collectively herein as the Defendants), and for their motion to strike the Plaintiff's amended complaints filed without leave or consent, do state the following:

1. The Plaintiff filed her Complaint in this case on May 21, 2021 and the Defendants filed their Answer to the Complaint on June 14, 2021. Doc. ## 1 & 6.

2. Almost five months later, on November 4 and 5, 2021, respectively, the Plaintiff filed two document titled "Amended Complaint" and "Second Amended Complaint." Doc. ## 3.

3. As set out in the accompanying brief in support, which is adopted and incorporated herein by reference, ander Rules 12(f) and 15(a) of the Federal Rules 12 & 14, the Pliantiff's amended complaints are a legal nullity and should be stricken from the record.

4. In the event that this motion is denied, these Defendants deny the allegations in the Plaintiff's amended complaints and raise all affirmative defenses, including, but not limited to the denials and defenses set out in their Answer to the original complaint (Doc. # 6).

Wherefor, since the Plaintiff's Amended and Second Amended Complaints are a nullity as a matter of law, these Defendants respectfully requests that they be stricken from the record under Rule 12(f) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Faulkner County, Arkansas, Dr. Garry Stewart, M.D., Karen Grant, and Leanne Dixon , *Defendants*

   *Jason Owens*
Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1023 Main St, Ste 204
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 15th day of November, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the Arkansas Circuit Courts' Electronic Filing System, which provides electronic notice of filing to the following:

Mr. Morris Thompson
PO Box 662
Little Rock, AR 72203

          *Jason E. Owens*
          Jason E. Owens