IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of
the Estate of Antonio L. Jones, Deceased                                    PLAINTIFF

VS.                              NO.  4:21-cv-444-BRW

FAULKER COUNTY, ARKANSAS;
DR. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually                                               DEFENDANTS

### BRIEF IN SUPPORT OF MOTION STRIKE PLAINTIFF'S AMENDED COMPLAINTS FILED WITHOUT LEAVE OR CONSENT (DOC. ## 12 &14)

The Plaintiff filed her Complaint in this case on May 21, 2021 and the Defendants filed their Answer to the Complaint on June 14, 2021.  Doc. ## 1 & 6.  Almost five months later, on November 4 and 5, 2021, respectively, the Plaintiff filed two document titled "Amended Complaint" and "Second Amended Complaint."  Doc. ## 12 & 14.  Because those filings are a legal nullity, they should be stricken from the record.

Rule 15(a) of the Federal Rules of Civil Procedure governs the amendment of pleadings before trial, as follows:

> Rule 15.  Amended and Supplemental Pleadings
>
> (a) Amendments Before Trial.
>
> (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course within:
>
> (A) 21 days after serving it, or
>
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
>
> (2) Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.
>
> (3) Time to Respond. Unless the court orders otherwise, any required response to an amended pleading must be made

> within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.

Fed. R. Civ. Proc. 15(a).

The Plaintiff has filed two amended complaint in this case (Doc. ## 12 & 14) without seeking or obtaining the Defendants' consent and/or the Court's leave. "The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12 (f). Though the Court enjoys broad discretion under Rule 12(f), "striking a party's pleadings is an extreme measure." *Stanbury L. Firm v. I.R.S.*, 221 F.3d 1059, 1063 (8th Cir. 2000). Motions to strike should be denied unless 1) the challenged filing has "no possible relation or logical connection to the subject matter of the controversy," *North Face Apparel Corp. v. Williams Pharm., Inc.*, No. 4:09-CV-2029-RWS, 2010 U.S. Dist. LEXIS 11154, 2010 WL 546928, at 1 (E.D. Mo. Feb. 9, 2010), and 2) the moving party will be prejudiced, *Am. Home Assur. Co. v. Pope*, No. 02-4057-CV-C-SOW, 2005 U.S. Dist. LEXIS 49579, 2005 WL 1312975, at 1 (W.D. Mo. June 1, 2005).

Because the Plaintiff filed his "Amended Complaint" and "Second Amended Complaint" out of time and without seeking or obtaining leave of Court or Defendant's written consent[1], the Amended Complaint is "a nullity." *See Quintana v. Adair*, 673 F. App'x 815, 820 (10th Cir. 2016). Further, if the Court were to leave two inoperative complaints on the record, confusion to the Court and the parties will result as this litigation progresses.

In the end, the Plaintiff's Amended and Second Amended Complaints are a legal nullity and should be stricken from the record under Rule 12(f) of the Federal Rules of Civil Procedure.

---

[1] The Defendants would have substantive arguments to make in opposition to the Plaintiff's amended and second amended complaints and should, at the very least, have the opportunity to be heard on those arguments.

Respectfully submitted,

Faulkner County, Arkansas, Dr. Garry Stewart, M.D., Karen Grant, and Leanne Dixon , *Defendants*

   Jason Owens
Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1023 Main St, Ste 204
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the Arkansas Circuit Courts' Electronic Filing System, which provides electronic notice of filing to the following:

Mr. Morris Thompson
PO Box 662
Little Rock, AR 72203

   Jason E. Owens
Jason E. Owens