## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SANDRA JONES, Personal Representative of**
**the Estate of Antonio L. Jones, Deceased**                                             **PLAINTIFF**

**VS.**                                    **NO.  4:21-cv-444-BRW**

**FAULKER COUNTY, ARKANSAS;**
**DR. GARRY STEWART, M.D., Individually,**
**KAREN GRANT, Individually,**
**and LEANNE DIXON, Individually**                                                         **DEFENDANTS**

## MOTION TO DISMISS

Come now purported Defendant Karen Munyan, sued as purported "Special Administrator of the Estate of Monte Munyan, Deceased, Individually" and for her motion to dismiss, does state:

1.  The Plaintiff filed her original Complaint in this case on May 21, 2021 and the original Defendants filed their Answer to that Complaint on June 14, 2021. Doc. ## 1 & 6.  Neither Karen Munyan nor the late Monte Munyan were named as Defendants in the original Complaint.

2.  Almost five months later, on November 4 and 5, 2021, respectively, the Plaintiff filed two documents titled "Amended Complaint" and "Second Amended Complaint," naming Karen Munyan as a Defendant for the first time, purported "Special Administrator of the Estate of Monte Munyan, Deceased, Individually."   Doc. ## 12 & 14.

3.  As set out in the accompanying brief in support, which is adopted and incorporated herein by reference, and under Rules 12(f) and 15(a) of the Federal Rules 12 & 14, the Plaintiff's amended complaints are a legal nullity and should be stricken from the record. Purported Plaintiff enters her appearance in this action only out of an abundance of caution and to protect her legal rights and those of her late husband.

Wherefore, purported Defendant Karen Munyan, sued as purported "Special Administrator of the Estate of Monte Munyan, Deceased, Individually," hereby moves for the dismissal of the Plaintiff's case as against her and/or her late husband.

                        Respectfully submitted,

                        Purported Defendant Karen Munyan, sued as purported "Special Administrator of the Estate of Monte Munyan, Deceased, Individually,"
*Purported Defendant*

By:     Jason Owens
          Jason E. Owens
          Ark. Bar. No. 2003003
          JASON OWENS LAW FIRM, P.A.
          **Mailing Address:** P.O. Box 850
          Conway, Arkansas 72033-0850
          **Physical Address:** 1023 Main St, Ste 204
          Conway, Arkansas 72032
          Telephone (501) 764-4334
          Telefax (501) 764-9173
          email: owens@jowenslawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of November, 2021, I presented the foregoing to the Clerk of the Court for filing and uploading to the Arkansas Circuit Courts' Electronic Filing System, which provides electronic notice of filing to the following:

Mr. Morris Thompson
PO Box 662
Little Rock, AR 72203

                                              Jason E. Owens
                                              Jason E. Owens