IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of                        PLAINTIFF
the Estate of ANTONIO L. JONES, Deceased

VS.                              Case No: 4:21-cv-444-BRW

FAULKNER COUNTY, ARKANSAS                              DFENDANTS
Dr. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually

PLAINTIFF'S MOTION FOR LEAVE TO AMEND

      Comes now the Plaintiff, by and though her attorney, the Morris W.

Thompson Law Firm, P.A. and moves the court for leave to amend her complaint,

Doc. 1.

      The purpose of the amendment is to add necessary parties as defendants.

Plaintiff seeks leave to add the Estate of Monte Munyan, deceased and Chris

Riedmueller (Riedmueller), Faulkner County Detention Center Administrator, as

defendants. As set out in the attached proposed amended complaint, Monte

Munyan (Munyan) was employed by with Faulkner County as a LPN at the

Faulkner County Detention Center (FCDC). Discovery to date reveals that on the

day in question, Munyan was on duty during critical times when Plaintiff's

decedent, Antonio Jones, required immediate life-saving medical intervention for

1

his known serious medical condition. Discovery to date indicates that separate Defendant, Karen Grant, LPN, failed and refused to come to Antonio Jones' aid, instead intimating to those seeking her aid that it was Munyan's obligation. Discovery thus far establishes and upon information and belief, Munyan did not come to Antonio Jones' aid. Monte Munyan is deceased, and his estate has been established appointing his widow, Karen Munyan as the Personal Representative. Plaintiff has properly filed a claim against his estate. See exhibit A attached hereto.

The County Sheriff appointed Riedmueller as Jail Administrator and Riedmueller served in that capacity during all relevant time periods. Riedmueller was responsible for ensuring that the detention center's personnel were adequately trained and were implementing the County's policies. Furthermore, as Jail Administrator, Riedmueller was responsible for the day-to-day operations of the FCDC. In that respect, he was charged with the duty to implement the policies, and procedures and practices within the FCDC. Discovery has indicated that Riedmueller was aware of Antonio Jones' dire condition and was involved in certain decisions regarding what actions would be taken.

Plaintiff has sought Defendants' consent to the amendment; however, it has been denied. Pursuant to Fed.R.Civ.P 15(a) Plaintiff now seeks leave of the court and attaches the proposed amended complaint as exhibit B with attachments.

Respectfully submitted for Sandra Jones,
Special Administrator of the Estate of Antonio
Jones, deceased, plaintiff herein


_____
Morris W. Thompson

Morris W. Thompson Law Firm, P.A.
P. O. Box 662
Little Rock, AR  72203
(501) 661-8100
(501) 663-3544
E-mail:  mwthompsonlaw@sbcglobal.net
ABN:80145