ELECTRONICALLY FILED
Jefferson County Circuit Court - Probate Division
Shawndra J. Taggart, County Clerk
2020-Jul-13  17:13:11
35PR-20-180
C11WD04 : 3 Pages

IN THE PROBATE COURT OF JEFFERSON COUNTY, ARKANSAS

IN THE MATTER OF THE ESTATE OF
ANTONIO LAMONT JONES, deceased                           No:  35PR-20-180

## ORDER APPOINTING SPECIAL ADMINISTRATOR

On this _____ day of July, 2020, comes on for hearing the petition of Sandra Jones, for the appointment of a Special Administrator of the Estate of Antonio Lamont Jones, deceased, and upon consideration of such petition, and the facts and evidence in support thereof, the Court finds that:

1. No demand for notice of proceedings for the appointment of a personal representative of the estate has been filed herein.  The petition is not opposed by any known person, and the same may be heard and decided forthwith.

2. Antonio Lamont Jones, who resided at 6720 Dollarway Rd, Apt 24, Whitehall, Arkansas, died intestate in Faulkner County, Arkansas on August 5, 2019.

3. This Court has jurisdiction and venue properly lies in this County since decedent was a resident of Jefferson County, Arkansas at the time of his death.

4. Sandra Jones has filed a petition to be appointed Special Administrator in order to investigate and pursue a wrongful death claim against any and all persons responsible for the injuries and death of Antonio Lamont Jones, her son.

5. Sandra Jones is a proper person and fully qualified by law to serve as Administrator of the decedent's estate.

6. Consents by all potential heirs and beneficiaries are filed herein before the court agreeing to Sandra Jones being approved by this court for the purposes set forth herein.

7. The amount of property which may reasonably be expected to pass through the hands of the Administrator is a contingent tort claim, the amount of which is currently unknown.

8. An Administration of this estate is sought for the purpose of obtaining a recovery on behalf of decedent and his heirs and beneficiaries, and there are no known unsecured claims.

9. The proceeds of the contingent tort claim of the minors shall be placed in an account at

National Bank of Arkansas.  Said funds shall be held subject to Orders of the Court for the use and benefits of the beneficiaries.

IT IS THEREFORE CONSIDERED AND ORDERED, by this Court, that Administration of the estate be, and hereby is, opened and that Sandra Jones be, and hereby is named the Special Administrator of the estate of the decedent, and shall so serve without bond; that the Clerk of this Court shall issue Letters of Administration and Letters of Testamentary to said Special Administrator  upon the filing of her Acceptance of Appointment.

IT IS SO ORDERED THIS   day, July 2020.

_____
Circuit Court Judge

_____
Date



Arkansas Judiciary

**Case Title:** ANTONIO LAMONT JONES

**Case Number:** 35PR-20-180

**Type:** ORDER APPOINT PERS REPRESENT

So Ordered

*/s/ Leon N. Jamison*

Leon N. Jamison, 11th W Circuit
Division 4 Judge

Electronically signed by LNJAMISON on 2020-07-13 17:13:20     page 3 of 3