**Jake Kornegay**

| | |
|---|---|
| **From:** | mwthompsonlaw@sbcglobal.net |
| **Sent:** | Friday, December 17, 2021 4:19 PM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | Jones v. Faulkner County, Arkansas et al, Case #: 4:21-cv-00444-BRW |
| **Attachments:** | Order Appointing Special Administrator.pdf; Karen Munyan Order 23PR-20-607.pdf |

**CAUTION - EXTERNAL:**

Dear Madam or sir:
I just filed doc. 21, my motion for leave to amend with proposed amended complaint attached. However, I failed to attach to the proposed amended complaint exhibits referenced therein. Pacer doesn't seem to provide a way to add them. Would you do so?
Thank you.

**Morris W. Thompson**
Morris W. Thompson Law Firm, P.A.
Post Office Box 662
Little Rock, AR 72203-0662
Tele: 501-661-8100
Fax: 501-663-3544
Email: mwthompsonlaw@sbcglobal.net

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1