IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of          PLAINTIFF
the Estate of ANTONIO L. JONES, Deceased

VS.                Case No: 4:21-cv-444-BRW

FAULKNER COUNTY, ARKANSAS                         DFENDANTS
Dr. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually

### PLAINTIFF'S MOTION FOR CLARIFICATION

Sandra Jones, as Personal Representative of the Estate of Antonio L. Jones, deceased, seeks clarification of the court's Order, Doc. 24 wherein the court states: "ORDER denying [21] Plaintiff's Motion to Amend for the reasons set out in Defendants' response [23]. Plaintiff seeks this clarification in order to determine the scope of her anticipated Motion for Reconsideration of the court's Order, Doc. 24.

Plaintiff's Motion For Leave to Amend [Doc. 21] and her proposed Amended Complaint [Doc. 21-1] sought to add two new defendants, the Estate of Monte Munyan, deceased, and Chris Riedmueller the Faulkner County Detention Center Administrator. Defendants' Response in objection [Doc. 23] did not object to the addition of Chris Riedmueller. Defendants objected only to the addition of

1

the Estate of Monte Munyan, deceased. In that the court's decision was based on solely on the reasons set out in the Defendants' Response [Doc. 23] and the defendants did not object to the addition of Chris Reidmueller, it appears that the order [Doc. 24 is inadvertently less than clear and perhaps overbroad. Plaintiff respectfully seeks clarification as to the breath of the court's order.

    This will also aid the Plaintiff in drafting her Motion for Reconsideration of the dismissal Order. Plaintiff intends to file a Motion for Reconsideration as it relates to the dismissal of the Estate of Monte Munyan and needs to know if the motion needs to address the dismissal of Chris Reidmueller as well. The proposed motion should address all issues rather than be done piecemeal.

    Plaintiff contends that the Defendants are disingenuous in their objection with regard to the addition of the Estate of Monte Munyan. Plaintiff added the Estate based upon the Defendants' answers to discovery which diametrically opposes and disputes the reasons for their opposition as stated in [Doc. 23]. Plaintiff will fully develop this in her motion for reconsideration.

    Wherefore, Plaintiff seeks clarification of the court's order dismissing her Motion for Leave to Amend her Complaint and for all other relief to which she may be entitled.

                                      Respectfully submitted for Sandra Jones,
                                      Special Administrator of the Estate of Antonio
                                      Jones, deceased, plaintiff herein

/s/ Morris W. Thompson
Morris W. Thompson

Morris W. Thompson Law Firm, P.A.
P. O. Box 662
Little Rock, AR  72203
(501) 661-8100
(501) 663-3544
E-mail:  mwthompsonlaw@sbcglobal.net
ABN:80145