IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SANDRA JONES, Personal Representative of**
the Estate of Antonio L. Jones, Deceased                                            PLAINTIFF

VS.                                      NO.  4:21-cv-444-BRW

**FAULKER COUNTY, ARKANSAS;**
**DR. GARRY STEWART, M.D., Individually,**
**KAREN GRANT, Individually,**
**and LEANNE DIXON, Individually**                                                   DEFENDANTS

## MOTION FOR AGREED PROTECTIVE ORDER

Comes Now, the Defendants, and for their Motion for Protective Order, herein state:

1.     The Plaintiff has requested sensitive information from the files of the Defendants, namely, personnel files.

2.     Plaintiff and Defendants have agreed upon a protective order in regards to the requested information, and that proposed order is attached hereto.

Wherefore, for the reasons set out in the attached brief, the Defendants request this Court to enter the attached (and agreed) protective order, and for all other just and proper relief to which there is entitlement.

                                                         Respectfully submitted,

                                                         Faulkner County, Arkansas, Dr. Garry
                                                         Stewart, M.D., Karen Grant, and Leanne
                                                         Dixon, *Defendants*


                                                           /s/ Jason Owens
                                                         Jason E. Owens
                                                         Ark. Bar. No. 2003003
                                                         JASON OWENS LAW FIRM, P.A.
                                                         **Mailing Address:** P.O. Box 850

Conway, Arkansas 72033-0850
**Physical Address:** 1023 Main St, Ste 204
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com