IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SANDRA JONES, Personal Representative of**
the Estate of Antonio L. Jones, Deceased                                                **PLAINTIFF**

VS.                                        NO.  4:21-cv-444-BRW

**FAULKER COUNTY, ARKANSAS;**
**DR. GARRY STEWART, M.D., Individually,**
**KAREN GRANT, Individually,**
**and LEANNE DIXON, Individually**                                                       **DEFENDANTS**

## SEPARATE DEFENDANTS' BRIEF IN SUPPORT
## OF MOTION FOR PROTECTIVE ORDER

Come now the Defendants by and through undersigned counsel, and for their Brief in Support of Motion for Protective Order, state:

This Brief in Support of Defendants' Motion of Entry of Protective Order is submitted pursuant to Rule 7.2(a) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas.

Counsel for the parties have conferred in good faith about the need for a protective order in this matter due to the fact that confidential information will be exchanged in discovery and have agreed upon the attached proposed order. The Court is vested with the discretion to enter a protective order pursuant to Fed. R. Civ. P. 26(c)(1) in order to assure that discovery may proceed while protecting confidential information contained in documents produced in this case. Indeed, the Court's discretion on such a matter is so extensive that only an abuse of that discretion would result in a reversal. *General Dynamics Corp. v. Selb Mfg. Co.,* 481 F.2d 1204, 1212 (8th Cir. 1973). In *Smith v. Walley,* 2011 WL 3108329, *3 (E.D. Ark. July 26, 2011), the Court found that "addresses, phone numbers, drivers' license numbers, social security numbers,

bank account numbers, insurance policy numbers, etc. regarding State Farm customers and other non-parties to this litigation is private and confidential information that likewise should be subject to a protective order." The Court further noted that it had previously found that protecting the privacy interests of individuals who might be the subject of intrusive and embarrassing discovery is good cause under Rule 26(c) for issuing a protective order." (internal citation omitted).

Defendants request this Court grant their motion so that discovery may proceed uninterrupted.

Respectfully submitted,

Faulkner County, Arkansas, Dr. Garry Stewart, M.D., Karen Grant, and Leanne Dixon, *Defendants*

   /s/ Jason Owens
Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1023 Main St, Ste 204
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com