IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SANDRA JONES, Personal Representative of**                    **PLAINTIFF**
**the Estate of ANTONIO L. JONES, Deceased**

VS.                                    **4:21-cv-00444-BRW**

**FAULKNER COUNTY, ARKANSAS**                              **DEFENDANTS**
**Dr. GARRY STEWART, M.D., Individually,**
**KAREN GRANT, Individually,**
**and LEANNE DIXON, Individually**

## ORDER

Plaintiff's Motion to Clarify (Doc. No. 25) is GRANTED to the extent that I've explained my ruling below and DENIED as to any requested relief.

In her motion to clarify, Plaintiff asserts that Defendants did not oppose adding Chris Riedmueller, and it is not clear whether he should have been rejected as an additional Defendant. However, Defendants' response to the motion to amend reads: "Critically, though, the Plaintiff does not allege any facts of personal involvement by the new Defendants she seeks to add by amendment, Ryals, Riedmueller, and Munyan . . . In the end, the Plaintiff has failed to allege sufficient personal involvement by Ryals, Riedmueller and/or Munyan to sustain a claim under 42 U.S.C. §1983."[1] The answer is yes, I considered their argument regarding Mr. Riedmueller and found that adding him would be futile, based on the allegations.

IT IS SO ORDERED, this 11th day of February, 2022.

                                                          _Billy Roy Wilson_
                                                          UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 23.