# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SANDRA JONES, Personal Representative of**  **PLAINTIFF**
**the Estate of ANTONIO L. JONES, Deceased**

**VS.**            **Case No: 4:21-cv-444-BRW**

**FAULKNER COUNTY, ARKANSAS**            **DFENDANTS**
**Dr. GARRY STEWART, M.D., Individually,**
**KAREN GRANT, Individually,**
**and LEANNE DIXON, Individually**

### MOTION TO WITHDRAW PLAINTIFF'S MOTION TO QUASH AS MOOT

Comes now the Plaintiff and for her Motion to Withdraw her Motion to Quash as moot and states:

The deposition of Dr. Blanchard was held, and the Defendants agreed with the substance of Plaintiff's motion and did not insist upon disclosure of the objected to items. As the deposition has been held and discovery concluded, there is no longer an issue before the Court for the court's consideration.

For the foregoing reasons Plaintiff withdraws her motionand respectfully pray that this court dismiss said motion as moot; and for all other relief to which she may be entitled.

Respectfully submitted for Sandra Jones,
Special Administrator of the Estate of Antonio
Jones, deceased, plaintiff herein

1

*Morris W. Thompson*

Morris W. Thompson Law Firm, P.A.
P. O. Box 662
Little Rock, AR  72203
(501) 661-8100
(501) 663-3544
E-mail:  mwthompsonlaw@sbcglobal.net
ABN:80145

CERTIFICATE OF SERVICE

    I, the undersigned attorney for the Plaintiff, hereby, certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notification of the filing to all counsel of record.

Jason E. Owens
JASON OWENS LAW FIRM, P.A.
P.O. Box 850
Conway, Arkansas 72033-0850
tele: (501) 764-4334
fax (501) 764-9173
email: owens@jowenslawfirm.com

Dustin R. Darst
RMP LLP
710 Windover Road, Suite B
Jonesboro, AR 72401
tele: (870) 394-5200
fax: (870) 520-6250
email: ddarst@amp.law

Paul D. McNeill
RMP LLP
710 Windover Road, Suite B
Jonesboro, AR 72401
tele: (870)394-5200
fax: (870) 520-6250
email: pmcneill@rmp.law

_/s/ Morris W. Thompson_
Morris W. Thompson

3