IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of
the Estate of Antonio L. Jones, Deceased                      PLAINTIFF

VS.                  NO. 4:21-cv-444-BRW

FAULKER COUNTY, ARKANSAS;
DR. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually                            DEFENDANTS

## DEFENDANTS' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1:** Please state with specificity and in detail the factual and legal basis for each affirmative defense asserted in paragraph 9 of your Answer to the Complaint. Please enumerate each separately and answer each separately.

**ANSWER:** Defendants object to this Interrogatory on the grounds it is a "contention interrogatory" which is beyond the scope of discovery. *See IBP, Inc. v. Mercantile Bank of Topeka, et al.*, 179 F.R.D. 316 (D. Kan. 1998). Roberts v. Heim, 130 F.R.D. 424 (N.D. Cal. 1989); *Lawrence v. First Kansas Bank and Trust*, 169 F.R.D. 657 (D. Kan. 1996). *See also Hanna v. Johnson*, 233 Ark. 409 (1961) ("Arkansas discovery statutes were never intended to require a party answering interrogatories to write a complete essay relative to all of the allegations contained in a complaint"). Defendants object to this contention interrogatory to the extent that it is intended to limit their contentions at trial in any way. Additionally, this request seeks information protected by the work product doctrine, including, but not limited to the mental impressions of counsel. Notwithstanding and without waiving these objections, all known facts and law support the Defendants' affirmative defenses.



objection, the medical staff (including the MD/physician) as well as County Jail Administration.

**SUPPLEMENTAL ANSWER:** See Defendants' Supplemental Answer to Interrogatory No. 2.

**REQUEST FOR PRODUCTION NO. 4:** Provide the complete personnel file for the person identified in your response to the foregoing interrogatory.

**RESPONSE:** Objection, the request seeks personally sensitive and confidential information. Notwithstanding and without waiving this objection, the redacted files will be provided upon entry of an appropriate protective order.

**SUPPLEMENTAL RESPONSE:** See the attached proposed Motion for Protective Order, Proposed Protective Order and Brief in Support of Motion for Protective Order. Please let us know if this meets with your approval.

Respectfully submitted,

Faulkner County, Arkansas, Dr. Garry Stewart, M.D., Karen Grant, and Leanne Dixon, *Defendants*

/s/ Jason E. Owens

Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1023 Main St, Ste 204
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com

## CERTIFICATE OF SERVICE

I, Jason Owens, do hereby certify that I have emailed a copy of the foregoing to the following the 10th day of September, 2021:

Morris W. Thompson Law Firm, P.A.
Post Office Box 662
Little Rock, AR 72203-0662
Tele: 501-661-8100
Fax: 501-663-3544
Email: mwthompsonlaw@sbcglobal.net

_____
Jason Owens