## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SANDRA JONES, Personal Representative of**
**the Estate of Antonio L. Jones, Deceased**                    **PLAINTIFF**

**VS.**                    **NO.  4:21-cv-444-BRW**

**FAULKER COUNTY, ARKANSAS;**
**DR. GARRY STEWART, M.D., Individually,**
**KAREN GRANT, Individually,**
**and LEANNE DIXON, Individually**                    **DEFENDANTS**

## DEFENDANTS' RESPONSES TO PLAINTIFF'S
## FIRST SET OF REQUESTS FOR ADMISSIONS

**REQUEST NO.1:**  Admit that you have no facts or evidence supporting your affirmative

defense of Sovereign Immunity.

**RESPONSE:** Objection, the request seeks a legal conclusion, is an improper contention

request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes

the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced

defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these

objections, the request is denied.

**REQUEST NO.2:**  Admit that you have no facts or evidence supporting your affirmative

defense that the defendants are not proper parties to a tort action.

**RESPONSE:** Objection, the request seeks a legal conclusion, is an improper contention

request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes

the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced

defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these



objections, the request is denied.

**REQUEST NO.3:**  Admit that you have no facts or evidence supporting your affirmative defense of justification.

**RESPONSE:** Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.4:**  Admit that you have no facts or evidence supporting your affirmative defense of mootness.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense (which is pleaded as a defense "as applicable"), and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.5:**  Admit that you have no facts or evidence supporting your affirmative defense of waiver/Estoppel/Laches.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.6:**  Admit that you have no facts or evidence supporting your affirmative defense of Common Defense Doctrine.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.7:**  Admit that you have no facts or evidence supporting your affirmative defense of No standing as applicable.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense (which was pleaded only "as applicable" in light of the Plaintiff's failure to attach the alleged probate order), and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.8:** Admit that you have no facts or evidence supporting your affirmative defense of Comparative fault and Contributory negligence.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.9:**  Admit that you have no facts or evidence supporting your affirmative defense of No proof of causation by any acts or omission of the Defendants.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.10:**  Admit that you have no facts or evidence supporting your affirmative defense of Assumption of Risk.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.11:**  Admit that you have no facts or evidence supporting your affirmative defense of Unclean Hands.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.12:** Admit that you have no facts or evidence supporting your affirmative Rule

12(b)(6) defense that Plaintiff has failed to state a claim upon which relief can be granted.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.13:**  Admit that you have no facts or evidence supporting your affirmative defense that the Complaint is untimely and that the statutes of limitations have expired.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense (which avails the Defendants of all "applicable" statutes of limitations), and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.14:**  Admit that you have no facts or evidence supporting your affirmative defense of Comparative fault and Contributory negligence.

**RESPONSE:** Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.15:**  Admit that you have no facts or evidence supporting your affirmative

defense of apportionment of fault among joint tortfeasors.

**RESPONSE:** Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.16:**  Admit that you have no facts or evidence supporting your affirmative defense that the decedent suffered from conditions which predated the events alleged in the Complaint.

**RESPONSE:** Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.17:**  Admit that you have no facts or evidence supporting your affirmative defense that the decedent suffered from conditions which predated the events alleged in the Complaint.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise, as and/or to the extent that the referenced defense is a legal defense that requires no factual support.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.18:**  Admit that you have no facts or evidence supporting your affirmative defense of insufficient process.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise,.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.19:**  Admit that you have no facts or evidence supporting your affirmative defense of insufficient service of process.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/micharacterizes the referenced defense, and/or is based on a false premise.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.20:**  Admit that you have no facts or evidence to deny that Sandra Jones is the duly appointed Special Administrator of the Estate of Antonio L. Jones, deceased, pursuant to the order of the Jefferson County Circuit Court, in Case No: 35PR-20-180.

**RESPONSE:**  Objection, the request seeks a legal conclusion, is an improper contention request, seeks privileged information (e.g., the mental impressions of counsel), misstates/mischaracterizes the referenced defense (the Defendants' Answer stated that they lacked knowledge or information, as the Plaintiff made this allegation in her Complaint and stated that the Order was attached as an Exhibit to the Complaint, but did not actually attach any exhibits), and/or is based on a false premise.  Notwithstanding and without waiving these objections, the request is denied.

**REQUEST NO.21:**  Admit that Faulkner County is a municipality organized and existing under the laws of the State of Arkansas.

**RESPONSE:** Denied.  Faulkner County is a political subdivision of the State of Arkansas.

Respectfully submitted,

Faulkner County, Arkansas, Dr. Garry Stewart, M.D.,
Karen Grant, and Leanne Dixon, *Defendants*



_____
Jason E. Owens
Ark. Bar. No. 2003003
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1023 Main St, Ste 204
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com

## CERTIFICATE OF SERVICE

I, Jason Owens, do hereby certify that I have emailed a copy of the foregoing to the following the 4th day of March, 2022:

Morris W. Thompson Law Firm, P.A.
Post Office Box 662
Little Rock, AR 72203-0662
Tele: 501-661-8100
Fax: 501-663-3544
Email: mwthompsonlaw@sbcglobal.net

_____
Jason Owens