IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of
the Estate of ANTONIO L. JONES, Deceased                    PLAINTIFFS

VS.                    Case No. 4:21-CV-444-BRW

FAULKNER COUNTY, ARKANSAS
Dr. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually                              DEFENDANTS

## MOTION FOR PARTIAL SUMMARY JUDGMENT- MEDICAL NEGLIGENCE OF SEPARATE DEFENDANT, DR. GARRY STEWART, M.D.

COMES separate defendant, Dr. Garry Stewart, M.D., and for his Motion for Partial Summary Judgment - Medical Negligence, states.

1. On May 21, 2021, Sandra Jones, Personal Representative of the Estate of Antonio Jones, filed her complaint involving a combination of constitutional and state law claims against Faulkner County, including a claim for medical negligence against Dr. Garry Stewart under the Arkansas Medical Malpractice Act, Ark. Code Ann. §§16-114-201 *et seq*. Doc. 1. Dr. Stewart moves for partial summary judgment on plaintiff's cause of action for medical negligence because plaintiff's claim of liability is not recognized or covered by the Arkansas Medical Malpractice Act.

2. By way of background, Mr. Jones died from a methamphetamine overdose at Faulkner County Detention Center in Conway, Arkansas, while he was still in the booking process. Dr. Stewart, the contracted jail physician, did not see or know anything about Antonio Jones until he was served with plaintiff's complaint. Ex. B to brief in support, Stewart Deposition, 91:6-11.

3. The Arkansas Medical Malpractice Act, Ark. Code Ann. §§16-114-201 *et seq*., is not a catch all for plaintiff to try all of her claims in this case against Dr. Stewart. As set out in this

35J5250.WPD

motion and contemporaneous brief in support with exhibits, the Arkansas Medical Malpractice Act covers specific claims and conduct. Plaintiff attempts to expand her claim for medical negligence and the duty owed by Dr. Stewart based on the laws, regulations, and policies governing the jail and Dr. Stewart's contract with Faulkner County, both of which are improper to expand the duty owed under the Arkansas Medical Malpractice Act.

4. Discovery has confirmed what plaintiff's complaint admits on its face, that Dr. Stewart never had a physician-patient relationship with Mr. Jones as required under Arkansas law to sustain a claim for medical negligence.

5. Considering the facts in a light most favorable to the Plaintiff, there is no genuine issue of material fact and Dr. Stewart is entitled to judgment as a matter of law on plaintiff's claim for medical negligence.

6. In support of this Motion for Summary Judgment, Dr. Stewart has filed a Brief in Support with exhibits and a Statement of Undisputed Material Facts, which are incorporated herein by reference.

WHEREFORE, Dr. Stewart prays that his motion for summary judgment be granted and for all other proper relief.

    Paul D. McNeill (79206)
    Dustin R. Darst (2008141)
    REECE MOORE McNEILL PENDERGRAFT
    710 Windover Road, Suite B
    Jonesboro, AR 72401
    telephone:  (870)394-5200
    facsimile:  (870)520-6250
    email:  pmcneill@rmp.law
    email:  ddarst@rmp.law

By: _____

  *Attorneys for Separate Defendant,*
  *Garry Stewart, M.D.*

## CERTIFICATE OF SERVICE

      In accordance with the Arkansas Rules of Civil Procedure, I hereby certify that, on the 27th day of October, 2022, a true and accurate copy of the above and foregoing document was provided, as indicated below, to the following attorney of record:

\_\_\_\_\_ Regular Mail      \_\_\_\_\_ Electronic Mail      \_\_\_\_\_ Facsimile
  **x**   **the Court's CM/ECF filing system**

| | |
|---|---|
| Mr. Morris Thompson<br>THOMPSON LAW FIRM, P.A.<br>Post Office Box 662<br>Little Rock, AR 72203-0662<br>facsimile: (501) 663-3544<br><br>Mr. Randy Hall<br>HALL & TAYLOR LAW PARTNERS, PLLC<br>Post Office Box 242055<br>Little Rock, AR 72223<br>facsimile: (501) 404-2336<br><br>*Attorneys for Plaintiffs* | mwthompsonlaw@sbcglobal.net<br><br><br><br><br><br>Randy@littlerocktriallawyers.com |
| Mr. Jason E. Owens<br>JASON OWENS LAW FIRM, P.A.<br>Post Office Box 850<br>Conway, AR 72033-0850<br>facsimile: (501) 746-9173<br><br>*Attorneys for Separate Defendants, Faulkner County, Arkansas, Dr. Garry Stewart, M.D., Karen Grant, and Leanne Dixon* | owens@jowenslawfirm.com |

                                                             *[signature]*
                                                            Paul McNeill