```
IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
              DISTRICT OF ARKANSAS
                 CENTRAL DIVISION


SANDRA JONES, Personal Representative of
the Estate of ANTONIO L. JONES, Deceased      PLAINTIFF


VS.          CASE NO: 4:21-cv-444-BRW


FAULKNER COUNTY, ARKANSAS
DR. GARRY STEWART, M.D., Individually,        DEFENDANTS
KAREN GRANT, Individually,
and LEANNE DIXON, Individually
```

ORAL DEPOSITION OF

KAREN GRANT

TUESDAY, JUNE 28, 2022
10:40 A.M. TO 2:43 P.M.

THE LAW OFFICES OF DENTON AND ZACHARY
700 S. German Lane, Suite 101
CONWAY, ARKANSAS 72034

WAID REPORTING
P.O. BOX 10385
CONWAY, ARKANSAS 72034
(501) 620-0982
waidreporting@gmail.com

47

1  Q   Perfect.
2  A   "White binder" works with me.
3  Q   So if something came up that was outside the
4  parameters of the white book, you would call Dr. Stewart;
5  correct?
6  A   Yes, sir.
7  Q   Would you page him, or would you call his office and
8  leave a message?  What would you do?
9  A   I would call his cell phone, and -- and if he didn't
10 answer it, I would leave a message.
11 Q   Okay.  Was he good about calling you back?
12 A   Yes, sir.
13 Q   Okay.  Now let's flip to emergencies.  In your
14 nursing judgment, if you saw an emergency with an inmate,
15 would you call Dr. Stewart?
16 A   If the patient was not breathing, I wouldn't waste
17 time calling the doctor.  I'd call 911, I mean, just to be
18 real honest --
19 Q   Okay.
20 A   -- and, you know, apprise the doctor of it
21 afterwards.
22 Q   Did you speak to Dr. Stewart at any time about
23 Mr. Jones?
24 A   No, sir.
25 Q   Did you at any time consider calling Dr. Stewart

48

1  about Mr. Jones?
2  A    No, sir.
3  Q    Did you at any time prior to you appearing where
4  Mr. Jones was consider calling 911 for Mr. Jones?
5  A    Not based on the information I had received, no.
6              MR. HALL:  We've been going for about an
7         hour here.  I need to stop and pee and take a
8         break and get some water.
9              THE WITNESS:  Okay.
10             MR. HALL:  I'm going give you a chance to
11        kind of breath a little bit; okay?
12             THE WITNESS:  Thank you.
13             (Off the record.)
14             (On the record.)
15 BY MR. HALL:
16 Q    Okay, Ms. Grant, we're back on the record.  Back when
17 you were describing your duties, I think you said you saw
18 8 to 25 people a day.
19 A    Um-hum.
20 Q    Is that right?
21 A    Yes, sir.
22 Q    And that was just you alone; correct?
23 A    No, you had to have somebody in -- in the -- I mean,
24 there was either the medical assistant or you had to have
25 an officer in there with you.  You -- it -- it's -- you

```
                                                                    65
 1   learned about Mr. Jones with Dr. Stewart?
 2   A    No, sir, because the doctor was not at the facility
 3   when they -- when the -- when everything was going on with
 4   Mr. Jones.
 5   Q    Oh, I thought you said you don't remember if he was
 6   there or not.
 7   A    Well, I know he wasn't there in the facility at
 8   3 o'clock because he didn't stay past about -- about
 9   1 o'clock, at most.
10   Q    Okay.  At any time prior to him possibly leaving at
11   1 o'clock, did you discuss anything you knew about
12   Mr. Jones's condition with Dr. Stewart?
13   A    No, sir, because I didn't know anything about Mr.
14   Jones --
15   Q    Okay.
16   A    -- at 1 o'clock.
17   Q    At any time before Mr. Jones passed away, did you
18   discuss anything about Mr. Jones's condition or his
19   subjective clinical signs and symptoms with Dr. Stewart?
20   A    No, sir.
21   Q    How about with your supervisor, did you discuss
22   Mr. Jones's clinical signs and symptoms with your
23   supervisor?
24   A    Leslie Moore?  No, sir.
25   Q    How about Nurse Monte Munyon, did you discuss
```