IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of       PLAINTIFF

the Estate of ANTONIO L. JONES, Deceased

V.          CASE NO: 4:21-cv-444-BRW

FAULKNER COUNTY, ARKANSAS                       DEFENDANTS
DR. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually

VIDEOTAPED ORAL DEPOSITION OF

DR. GARRY STEWART

THURSDAY, SEPTEMBER 2, 2022
1:35 P.M. TO 5:00 P.M.

THE LAW OFFICES OF DENTON AND ZACHARY
700 S. German Lane, Suite 101
CONWAY, ARKANSAS 72034

WAID REPORTING
P.O. BOX 10385
CONWAY, ARKANSAS 72034
(501) 620-0982
waidreporting@gmail.com

```
                                                              91
 1  Q   In providing health service to -- health services to
 2  inmates, do you follow the same standards for those
 3  inmates as you would for someone who walks into your
 4  clinic?
 5  A   Generally, yes.
 6  Q   Did Nurse Grant or any other person from the Faulkner
 7  County Detention Center call you, text you, email you, or
 8  talk to you in person about Antonio Jones prior to his
 9  death?
10  A   I had never heard the name Antonio Jones until I was
11  served with a summons.
12  Q   Okay.  Have you spoken to any person at the Faulkner
13  County Jail about what happened with respect to
14  Antonio Jones since his death?  And just to be clear, I'm
15  not asking you what any lawyer has told you or discussed
16  with you.
17  A   After I was served the summons, I requested the
18  medical records for Antonio Jones.
19  Q   Did you request those medical records just from the
20  jail?
21  A   Yes.
22  Q   Did you request any other medical records for
23  Antonio Jones?
24  A   I did not.
25  Q   Did you have any other conversations with any person
```