*Jones v. Stewart*
# Medical Records of Antonio Lamont Jones

# Arkansas State Crime Laboratory
## -Charles P. Kokes, MD-

date of exam 08/09/2019

RECEIVED FROM:   JOLF
DATE RECEIVED:   03/29/22

AJONES 0058



Medical Examiner
(501) 227-5936

## State Crime Laboratory
P.O. Box 8500
3 Natural Resources Drive
Little Rock, Arkansas 72215

### Medical Examiner Division



| | | | |
|---|---|---|---|
| **Case No:** | 2019-018703 / ME-0876-19 | **Date of Examination:** | August 09, 2019 |
| **Name:** | JONES, Antonio | | |
| **Age:** | 33 Years | **Sex:** | Male |
| **County:** | Faulkner | | |

## CONCLUSIONS

**CAUSE OF DEATH:**    Methamphetamine Intoxication

**MANNER OF DEATH:**    Accident

*[signature]*    October 16, 2019

Charles P. Kokes, M.D.
Chief Medical Examiner – Pathologist of Record

*[signature]*

Adam F. Craig, M.D.
Associate Medical Examiner – Reviewer

*[signature]*

Frank J. Peretti, M.D.
Associate Medical Examiner – Reviewer

**AJONES 0059**

NAME: JONES, Antonio                                                                 NO: 0876-19

### EXTERNAL DESCRIPTION:

The body was that of a well-developed, obese black male, clad in gray and white striped short-sleeved overalls. At the time of initial examination, this garment had been unfastened on the front of the trunk, exposing the anterior chest and abdomen. The right sleeve had been cut, as well as the left pant leg. No other clothing was on or with the body. The body weighed 295 pounds, measured 71 inches in length and appeared consistent with the stated age of 33 years. Body temperature was cool. Rigor mortis was fully and uniformly developed in the extremities. Fixed purple-red lividity was present on posterior body surfaces, except in areas exposed to pressure. The scalp was covered by black hair measuring up to 1/4 inch in maximum length. A beard and mustache were present. The irides were brown and the corneae were clear. The conjunctivae and sclerae showed no petechial hemorrhages or other significant changes. The external ears were unremarkable. The nasal passages and mouth were clear. The teeth were natural and in good condition. The neck was without external evidence of antemortem injury. The chest was normally developed and generally symmetric, with no evidence of acute antemortem injury. The abdomen was moderately protuberant, but soft. It showed no evidence of acute antemortem injury. The external genitalia were those of a normal adult male with bilaterally descended testes. There was no evidence of antemortem injury involving the genital region. The lower extremities were normally developed and generally symmetric, with no evidence of acute antemortem injury. The ankles and feet were unremarkable. The upper extremities were normally developed and generally symmetric, with no evidence of acute antemortem injury. Tattoos were not present on the upper extremities. No needle tracks or wrist scars were present. The hands and nails were unremarkable. Examination of posterior body surfaces did not reveal evidence of injury involving the back or buttocks. The anus was without evidence of injury or abnormality.

### EVIDENCE OF MEDICAL ATTENTION:

An endotracheal tube was inserted in the mouth. Defibrillator pads were present on the upper anterior right chest and lower anterolateral left chest. ECG pads were present on the distal anterior right upper arm and both lower legs. An intraosseous trocar was inserted in the proximal anterior left lower leg. A gauze and tape bandage covered a fresh needle puncture site in the right antecubital fossa.

### EVIDENCE OF OLD INJURY:

None present.

### EVIDENCE OF RECENT INJURY:

None present.

### INTERNAL EXAMINATION

The subcutaneous fat layer measured up to 2 1/2 inches. No adhesions or abnormal fluid collections were present pleural or peritoneal cavities. Petechial hemorrhages were not present

NAME: JONES, Antonio                                                                 NO: 0876-19

on the thoracic organs. All body organs were present in normal anatomic position. There was no internal evidence of antemortem blunt force or penetrating injury to the thoracoabdominal region. A resuscitation-related fracture of the lower sternum was present. This was associated with minimal surrounding soft tissue hemorrhage.

### CARDIOVASCULAR SYSTEM:

Pericardial surfaces were smooth and intact. The pericardial sac contained 5 mL of yellow-tinged, watery fluid and there were no adhesions. The heart weighed 480 g, and appeared mildly enlarged in overall size. It otherwise appeared normal in shape and configuration. The coronary arteries arose normally and followed the usual course. Serial sectioning of the coronary arteries revealed no significant atherosclerotic changes in the left main coronary artery, the left circumflex artery, and the right coronary artery. A single focus of 10 to 20% atherosclerotic narrowing was present in the proximal left anterior descending artery. Acute thrombus formation was not present in these vessels. The cardiac chambers were normal in size. Endocardial surfaces were smooth and intact. The cardiac valves were normal in size and morphology. Cut surfaces of the myocardium displayed uniform brown-red coloration, with no gross evidence of underlying pathologic change. The atrial and ventricular septa were intact. The aorta and its major branches arose normally, followed the usual course, and were free of atherosclerosis and other pathologic changes. The vena cava and its major tributaries returned to the heart in the usual distribution and were free of abnormalities.

### RESPIRATORY SYSTEM:

Pleural surfaces of both lungs were smooth and intact. The pulmonary arteries were normally developed, patent, and without thromboemboli or other abnormalities. The upper and lower airways were clear of debris and foreign material. Mucosal surfaces were smooth and of normal coloration. Hilar lymph nodes were non-prominent. The left lung weighed 635 g and the right lung weighed 780 g. Cut surfaces of both lungs revealed diffuse dark purple-red congestion and watery edema present throughout all lobes, with no gross evidence of underlying disease.

### NECK:

Examination of deep neck structures, including strap muscles, thyroid gland, and large vessels, revealed no abnormalities, including hemorrhage. The larynx and hyoid bone were intact. The epiglottis and vocal cords were unremarkable.

### ALIMENTARY TRACT:

The tongue was without hemorrhage or other abnormalities. The esophagus was lined by intact, gray-tan mucosa. The stomach contained 100 mL of dark brown-green fluid and food material, along with a small, clear plastic baggie. The baggie was opened at the time of initial examination and contained no gross residual material. Serosal surfaces of the small and large bowel were intact and unremarkable. The rectum and anus were without evidence of injury or abnormality. The appendix was present.

NAME: JONES, Antonio                                                            NO: 0876-19

### LIVER AND PANCREAS:

The liver weighed 2035 g and was covered by an intact capsule. Cut surfaces were uniform brown-red, normally firm, and without focal changes. The gallbladder contained 15 mL of yellow-brown, mucoid bile and was lined by intact, velvety mucosa. The extrahepatic biliary tree was patent. Periportal lymph nodes were non-prominent. The pancreas was of normal size and displayed its usual lobulated gray-tan appearance both externally and on cut surface. The pancreatic ducts were patent. Peripancreatic lymph nodes were non-prominent.

### GENITOURINARY SYSTEM:

Each kidney weighed 170 g. Each was covered by an intact capsule which stripped away easily. Cortical surfaces of the kidneys were brown-red and smooth. Cut surfaces revealed brown-red cortex of normal thickness. There was good corticomedullary demarcation present. The calyces, pelves and ureters were unremarkable. The urinary bladder contained 50 mL of clear yellow urine and was lined by intact, gray-tan mucosa. The prostate was of normal size and appeared unremarkable on cut surface. The testes also were grossly unremarkable on cut surface.

### IMMUNOLOGIC SYSTEM:

The spleen weighed 130 g and was covered by an intact capsule. Cut surfaces were uniform dark purple-red, normally firm, and without focal changes. The white pulp was non-prominent.

### ENDOCRINE SYSTEM:

The pituitary, thyroid, and adrenal glands were free of obvious disease.

### MUSCULOSKELETAL SYSTEM:

Skeletal muscle generally displayed uniform pale red-tan coloration, with no focal changes present. No gross bone or joint abnormalities were present. The cervical, thoracic and lumbar spine were free of hemorrhage and other abnormalities.

### CENTRAL NERVOUS SYSTEM:

The scalp was free of hemorrhage and edema. The calvarium and basilar skull were intact. There was no epidural, subdural or subarachnoid hemorrhage present. The brain weighed 1600 g. The leptomeninges were thin and clear. The cerebral gyri were normally formed and showed no focal lesions. Structures at the base of the brain, including cranial nerves and major blood vessels, were intact and unremarkable. Serial coronal sections of the cerebral hemispheres revealed symmetry between anatomic structures of the left and right sides, with no focal changes present. Cut surfaces of the brainstem and cerebellum were unremarkable.

### HISTOLOGY:

Formalin fixed tissue samples were retained. No slides were processed.

| NAME: JONES, Antonio | NO: 0876-19 |
|---|---|

### RADIOLOGY:

Radiographs of the body were not taken prior to examination.

### IDENTIFICATION:

The body was received as identified by the Faulkner County Sheriff's Office.

### EVIDENCE:

Items retained for evidence included fingerprints, a blood matrix card, and the plastic baggie recovered from the stomach contents. The jumpsuit was returned to the agency.

### SPECIMENS:

Specimens retained for toxicology testing included peripheral blood, vitreous humor, urine, and stomach contents.

### WITNESSES:

No visitors from outside agencies were present during the examination.

NAME: JONES, Antonio                                                                  NO: 0876-19

## LABORATORY RESULTS

**TOXICOLOGY:**

**Antonio Jones:**
Peripheral blood
- Volatile
    - Acetone                    not detected
    - Ethanol                    not detected
    - Isopropanol                not detected
    - Methanol                   not detected
- Immunoassay
    - Benzodiazepines            negative
    - Cannabinoids               negative
    - Cocaine                    negative
    - Fentanyl                   negative
    - Methadone                  negative
    - Methamphetamines           positive
    - Opiates                    negative
    - Oxycodone                  negative
- General Toxicology
    - Nicotine (GC-MS)           present
    - Caffeine (GC-MS)           present
    - Amphetamine (GC-MS)        present
    - Methamphetamine (GC-MS)    7.0 µg/mL        (± 0.9 µg/mL)

Urine
- Immunoassay
    - Amphetamines               positive
    - Barbiturates               negative
    - Benzodiazepines            negative
    - Cannabinoids               negative
    - Cocaine Metabolite         negative
    - Fentanyl                   negative
    - Methadone                  negative
    - Opiates                    negative
    - Oxycodone                  negative
    - PCP                        negative

*Confirmatory testing in urine has not been performed for the positive immunoassay drug class(es): Amphetamines.*

*Note Reported measurement uncertainties define an interval having a level of confidence of at least 95%.*

NAME: JONES, Antonio                                                         NO: 0876-19

## FINDINGS

I. Obesity.

II. Mild cardiomegaly (480 g).

III. Mild atherosclerosis, left anterior descending coronary artery.

IV. Bilateral pulmonary vascular congestion and edema.

V. Small plastic bag in stomach contents.

**OPINION:**

This 33-year-old black male, Antonio Jones, died of methamphetamine intoxication.

According to investigation, on the afternoon of 8/8/19 he was in custody at the Faulkner County Detention Center. It is assumed that he had been taken into custody that day, since he was taken from his cell at 3:00 PM to be fingerprinted. It was noted that he was severely shaking, and for that reason he could not be fingerprinted. The on-call nurse was notified and he was placed on medical watch. Over the next 90 minutes, he continued to shake. At around 4:45 PM, his vital signs were taken. His pulse was 91 and his blood pressure was 103/85. He continued to shake and grunt. At 5:00 PM, he was noted to be salivating heavily. At around 5:10 PM, he apparently collapsed and paramedics were called. Resuscitation efforts were started and continued for about a half hour. These efforts were unsuccessful and death was pronounced at 5:54 PM.

Autopsy examination did not reveal any external or internal evidence of antemortem injury. Exogenous obesity was noted, along with mild enlargement of the heart. Nonspecific vascular congestion and edema involved the lungs. Examination of the stomach contents revealed a small clear plastic bag. This bag was open when initially found, and contained no gross residual material. Toxicology testing revealed a lethal level of methamphetamine in blood, along with its metabolite amphetamine. Nicotine and caffeine were also present. Ethanol was not present.

It is likely that the bag recovered from the stomach had contained methamphetamine, and that he had swallowed the bag intentionally to avoid detection when taken into custody by law enforcement. The drug then leached out of the bag, causing overdose and death. Since the overdose was probably not intentional, the manner of death will be classified as accident.

**MANNER OF DEATH:**     Accident