

EXHIBIT 1

FILED K-19-07

MAR 27 2019

MARGARET DARTER
FAULKNER COUNTY CLERK
BY_____ DC

## AGREEMENT FOR MEDICAL SERVICES

STATE OF ARKANSAS § 
 § 
COUNTY OF FAULKNER §

This Agreement made and entered into by and between Faulkner County, a body corporate and politic under the laws of the State of Arkansas, hereinafter referred to as "County" and Doctor Gary Stewart DVM, MD whose address is P.O. Box 11349, Conway, Arkansas 72034, hereinafter referred to as "Doctor."

**WITNESSETH:**

**WHEREAS**, Faulkner County is in need of a physician to provide medical services at the Faulkner County Detention Center, hereinafter referred to as the "Jail";

**WHEREAS**, Doctor is willing to provide medical services at the jail for inmate patients and Faulkner County Sheriff's Office personnel; and

**WHEREAS**, Doctor will at all times, during the term of this contract, maintain any and all license, permits or rights to practice medicine in the State of Arkansas and prescribe any controlled substance in the State of Arkansas;

**NOW, THEREFORE, IT IS MUTUALLY AGREED BETWEEN PARTIES:**

1. Doctor is to perform the following medical services, to be provided during a minimum of four hours per week and a maximum of eight hours on site at the jail:

    a. Serve as Medical Director for the Jail. Such duties include but are not limited to patient intake and screening, needs assessment, and referral to appropriate medical or psychiatric providers. Doctor will direct medical needs and services of the jail to assure compliance with jail regulations; and

    b. Conduct necessary tuberculosis screening and testing for inmates and Faulkner County Sheriff's Office personnel; and

    c. Review the Jail Medical Services Plan for inmate healthcare as requested by the Faulkner County Sheriff or his designee; and

       d.    Maintain patient records of an examinations and treatment, and

2. **County agrees to:**

    a.    Employ two License Practical Nurses and one Medical Assistant.

    b    Furnish facilities, an examining room, equipment, expendable medications, and supplies necessary for doctor to perform medical services at the jail.

    c.    Provide supplies for permanent examination charts, work records, and necessary filing cabinets to keep records for all patients examined and/or tested by doctor. Such records shall be the property of the county and will be kept at the jail.

    d.    Provide appropriate personnel to escort any inmate patients while being examined or treated by doctor at the jail.

    e.    Shackle the inmate patient if requested by doctor.

3. The term of this agreement shall commence effective as of January 1, 2019, and end on December 31, 2019.

4. The county hereby agrees to pay doctor at the rate of $3,500.00 per month for the services described in this agreement payable on or before the tenth day of each month. County will not pay for mileage, transportation, meals or other incidentals.

5. Doctor shall submit to the Faulkner County Sheriff or his authorized designee, billing for each calendar month. Doctor's billing shall be submitted and processed in the same manner as any other bill owed by Faulkner County.

6. Doctor shall provide and maintain a liability policy to cover doctor's services rendered on behalf of the jail. Doctor shall have the sole and complete responsibility and expense for providing and maintaining this coverage. The Faulkner County Sheriff or his designee shall be provided with a certificate of coverage for such insurance.

7. **Level of service:**

   a. Doctor agrees to perform his duties in accordance with generally accepted standards, and shall use that degree of care and skill commensurate with the medical profession to comply with all applicable federal, state, and local laws, regulations, rules, and ordinances now in force or that may hereinafter be enacted or promulgated.

   b. Both parties are familiar with the provisions contained in the Arkansas Constitution and agree that the services provided by doctor will conform to the constitutional provisions.

   c. Any inmate requiring emergency care shall be treated in an emergency facility, not by doctor.

   d. Doctor reserves the right to decline to provide a jail inmate with any form of treatment that, in the opinion of doctor, is inappropriate for patient.

8. Doctor expressly agrees to inform the county, in writing, of any pending or past investigation of the doctor conducted by or on behalf of the Arkansas Board of Medical Examiners. If at any time doctor's license is suspended or revoked, this contract will terminate effective the date of such suspension or revocation, and doctor shall submit a formal statement requesting payment for the month in which the termination occurs in the manner set out above for monthly statements. Doctor shall not be entitled to receive payment for services that were performed while doctor's license was suspended or revoked.

9. Notwithstanding the above, either Faulkner County Sheriff's Department or doctor may terminate this agreement without cause prior to the expiration of the term set forth above upon 30 days written notice to the other party. Within 10 days after the effective date of this termination, doctor shall submit his termination statement for the month in which termination occurs in the manner set out above for monthly statements.

10. Notices:

    Any notice permitted or required to be given to doctor by the county hereunder may be given by facsimile to (501) 513-1228 or via certified, United States Mail, return receipt requested, postage prepaid, addressed to doctor at the following address:

    Dr. Gary Stewart MD
    P.O. Box 11349
    Conway, Arkansas 72034
    Phone- 501-513-1225
    Fax- 501-513-1228

    Any notice permitted or required to be given by doctor to the county hereunder may be given likewise by facsimile to (501) 328-3267 or via certified United States Mail, return receipt requested postage prepaid, addressed to the county at the following address:

    Faulkner County Sheriff's Office
    Attention: Sheriff Tim Ryals
    801 Locust Street
    Conway, Arkansas 72034
    Office- 501-450-4914

    Any notice given via facsimile shall be deemed given and completed upon receipt. Any notice via mail shall be deemed given and completed upon deposit in the United States Mail.

11. The services herein required shall be performed by doctor as an independent contractor under his sole supervision, management, direction, and control, the county being interested only on the result obtained. It is expressly understood that doctor is not an employee of county and all amounts to be paid shall be considered professional services fees.

12. Doctor shall save harmless the county from and against all claims and liability due to the activities of the doctor. The doctor shall save harmless the county from and against any

and all expenses, including attorney's fees that might be incurred by the county, in litigation or otherwise resisting claims or liabilities that might be imposed on the county as the result of any activity by the doctor.

13. County shall save harmless the doctor from and against all claims and liability due to the activities of the county, its agents or employees performed under this agreement and that result from any negligent act, terror, or omission of the county or its agents or employees. The county shall save harmless the doctor from and against any and all expenses, including attorney's fees that might be incurred by the doctor, in litigation or otherwise resisting claims or liabilities that might be imposed on the doctor as the result of any activity by the county, its agents or employees.

14. During the term of the agreement, doctor agrees to maintain a medical malpractice insurance policy with limits in the amount of $100,000.00 per occurrence/incident and $300,000.00 in the aggregate. Evidence of such coverage shall include a 30 day advance notice provision to the county in the event said coverage expires or terminates.

15. Doctor shall be "on-call" for services, and will be responsible to provide care while off the premises of the Faulkner County Detention Center. Doctor shall not be "on-call" to provide medical services to any other party, while on the premises of the county jail.

16. It is understood that doctor will not be able to prescribe any medication required in triplicate form by the United States Drug Enforcement Agency.

17. This instrument contains the entire agreement between the parties relating to the rights granted and the obligations assumed. Any oral representations or modifications concerning this instrument shall be of no force or effect without a subsequent modification in writing signed by all parties. This agreement shall be binding and

effective only if and when it has been signed by both parties.

18. Neither party to this agreement shall assign its rights or obligations under this agreement, in whole or in part, without the prior written consent of the other party hereto.

19. This contract is fully performable in Faulkner County, Arkansas.

EXECUTED this 27 day of March, 2019 at Faulkner County, Arkansas.

APPROVED BY:

_____
Tim Ryals, Faulkner County Sheriff

_____
Jim Baker, Faulkner County Judge

_____
Dr. Gary Stewart, MD