IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of
the Estate of ANTONIO L. JONES, Deceased                              PLAINTIFFS

VS.                          Case No. 4:21-CV-444-BRW

FAULKNER COUNTY, ARKANSAS
Dr. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually                                        DEFENDANTS

## STATEMENT OF UNDISPUTED MATERIAL FACTS OF SEPARATE DEFENDANT, DR. GARRY STEWART, M.D.

COMES separate defendant, Dr. Garry Stewart, M.D., and for his Statement of Undisputed Material Facts in support of his Motion for Summary Judgment, states:

1.   Since 2005, Dr. Stewart had an annual contract with the Faulkner County Detention Center ("FCDC"), which has capacity of around 400 detainees and inmates. Per the contract, he was the physician and Medical Director for FCDC. (Stewart Contract; Ex. F to brief in support).

_____

_____

2.   On August 7, 2019, Antonio L. Jones was arrested in Russellville, Arkansas, on a failure to appear warrant and was held overnight in the Pope County Jail. On August 8, 2021, a Faulkner County Sheriff's Department transport officer picked Antonio Jones up from the Pope County Jail and drove him to the Faulkner County Detention Center in Conway, Arkansas, arriving at approximately 9:46 am.

_____

_____

3. While in the booking department at <u>around 3:00pm</u>, Mr. Jones was placed under medical watch by nurse Karen Grant, an employee of the jail.

4. At approximately 5:10 pm, Mr. Jones was non-responsive and paramedics were called; however, resuscitative efforts were unsuccessful and Mr. Jones was pronounced dead at 5:45 pm.

5. During this process, Nurse Grant did not call Dr. Stewart or consider calling Dr. Stewart regarding Mr. Jones. (Grant Deposition, 47:13-48:5; 65:17-24; Ex. A to brief in support).

6. Dr. Stewart did not know anything about Antonio Jones until he was served with plaintiff's complaint. (Stewart Deposition, 91:6-11; Ex. B to brief in support).

7. Dr. Charles P. Kokes, a physician with the State Crime Lab, performed an autopsy of Antonio Jones in Little Rock, Arkansas. He concluded that Antonio Jones died from

methamphetamine overdose from a bag of drugs he had ingested. (Kokes autopsy report; Ex. C to brief in support).

_____

_____

_____

8. Plaintiff disclosed an expert witness, Dr. S.M. Blanchard, and provided a report detailing his opinions. Dr. Blanchard's report details opinions against Nurse Grant and Dr. Stewart. Dr. Blanchard's opinions against Dr. Stewart are contained in paragraphs 6, 7, 8, and 9. ( Blanchard report; Ex. D to brief in support).

_____

_____

_____

9. Paragraphs 6, 7, and 8 set out the duties that Dr. Blanchard believes were owed by Dr. Stewart in this case. All three paragraphs refer and rely directly on Dr. Stewart's contract with Faulkner County ("6. According to Dr. Stewart's contract..."; "7. Dr. Stewart's contract required him to perform the following duties..."; "8. Dr. Stewart's contract provided the following..."). Based on these duties, Dr. Blanchard identified his believed breaches of the standard of care in paragraph 9 of his report.

_____

_____

_____

10. Dr. Blanchard acknowledged at his deposition that Dr. Stewart's contract is the source of the duties he identified in paragraphs 6, 7, and 8 of his report. (Blanchard Deposition, 28:11-29:4;

Ex. E to brief in support).

_____

_____

_____

11. Dr. Blanchard acknowledged at his deposition that based on his review of the records, there is no indication that Faulkner County ever considered Dr. Stewart to be in breach of his contract. (Blanchard Deposition, 29:11-15; Ex. E to brief in support).

_____

_____

_____

12. For purposes of his opinions, Dr. Blanchard acknowledged that he is taking the position that every detainee is a patient of the doctor working at the jail. (Blanchard Deposition, 24:15-18; Ex. E to brief in support).

_____

_____

_____

13. Dr. Blanchard acknowledged at his deposition that Dr. Stewart did not see Antonio Jones in the jail, that Dr. Stewart was not called by Nurse Grant or anyone at the jail about Mr. Jones, and that Dr. Stewart was not aware of Mr. Jones presence at the jail. (Blanchard Deposition, 25:20 - 26:6; Ex. E to brief in support).

_____

_____

_____

14. Dr. Blanchard acknowledged at his deposition that Dr. Stewart did not provide any personal medical care to Mr. Jones and that absent his contract theory, Dr. Stewart and Mr. Jones did not have a physician-patient relationship.  (Blanchard Deposition, 48:24-49:3; 120:13-21; Ex. E to brief in support).

_____

_____

_____

15. Dr. Blanchard acknowledged at his deposition that he is applying the laws, rules, and regulations in place when he last practiced in 2002, and that he never practiced under the regulatory framework in place at the time of Mr. Jones detention.  (Blanchard Deposition, 40:22-25; 118:8-119:14; Ex. E to brief in support).

_____

_____

_____

Paul D. McNeill (79206)
Dustin R. Darst (2008141)
REECE MOORE McNEILL PENDERGRAFT
710 Windover Road, Suite B
Jonesboro, AR 72401
telephone:   (870)394-5200
facsimile:   (870)520-6250
email:       pmcneill@rmp.law
email:       ddarst@rmp.law

By:_____
   *Attorneys for Separate Defendant,*
   *Garry Stewart, M.D.*

## **CERTIFICATE OF SERVICE**

      In accordance with the Arkansas Rules of Civil Procedure, I hereby certify that, on the _____ day of _____, 2022, a true and accurate copy of the above and foregoing document was provided, as indicated below, to the following attorney of record:

_____ Regular Mail      _____ Electronic Mail      _____ Facsimile
  **_x_** **the Court's CM/ECF filing system**

| | |
|---|---|
| Mr. Morris Thompson<br>THOMPSON LAW FIRM, P.A.<br>Post Office Box 662<br>Little Rock, AR 72203-0662<br>facsimile: (501) 663-3544<br><br>Mr. Randy Hall<br>HALL & TAYLOR LAW PARTNERS, PLLC<br>Post Office Box 242055<br>Little Rock, AR 72223<br>facsimile: (501) 404-2336<br><br>   *Attorneys for Plaintiffs* | mwthompsonlaw@sbcglobal.net<br><br><br><br><br><br>Randy@littlerocktriallawyers.com |
| Mr. Jason E. Owens<br>JASON OWENS LAW FIRM, P.A.<br>Post Office Box 850<br>Conway, AR 72033-0850<br>facsimile: (501) 746-9173<br><br>   *Attorneys for Separate Defendants, Faulkner County, Arkansas, Dr. Garry Stewart, M.D., Karen Grant, and Leanne Dixon* | owens@jowenslawfirm.com |

 

                                          _____
                                          Paul McNeill