**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SANDRA JONES, Personal Representative of**
**the Estate of Antonio L. Jones, Deceased**                                  **PLAINTIFF**

**VS.**                                  **NO. 4:21-cv-444-BRW**

**FAULKER COUNTY, ARKANSAS;**
**DR. GARRY STEWART, M.D., Individually,**
**KAREN GRANT, Individually,**
**and LEANNE DIXON, Individually**                                  **DEFENDANTS**

## MOTION FOR SUMMARY JUDGMENT

Come now the Defendants, Faulkner County, Arkansas, Dr. Garry Stewart, M.D., Karen Grant, and Leanne Dixon (referred to collectively herein as the Defendants), and for their Motion for Summary Judgment, do state the following:

1. The Plaintiff filed her Complaint in this case on May 21, 2021, alleging, under 42 U.S.C. 1983 and the Arkansas Civil Rights Act (ACRA), that her decedent's constitutional rights were violated when the Defendants - Dr. Garry Stewart, Karen Grant, Leann Dixon, and Faulkner County, Arkansas - allegedly failed to provide him with appropriate medical care, allegedly resulting in his death.  Doc. # 1.  **This motion is filed on behalf of all Defendants on all claims with the single exception of the malpractice claim against Dr. Garry Stewart, which will be addressed in a separate motion for summary judgment by the Dr. Stewart's malpractice counsel, RMP, LLP.**

2. For the reasons set forth in the accompanying brief in support and statement of facts, including all exhibits, which are adopted and incorporated herein, as if set forth word for word, the Defendants are entitled to qualified immunity and summary judgment as a matter of law.

WHEREFORE, the Defendants respectfully request that they be granted qualified immunity and summary judgment and the dismissal of the Plaintiff's Complaint with prejudice.

Respectfully submitted,

Faulkner County, Arkansas, Dr. Garry Stewart, M.D., Karen Grant, and Leanne Dixon, *Defendants*

JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1312 W. Oak Street
Conway, Arkansas 72034
Telephone: (501) 764-4334
Telefax: (501) 764-9173
email: owens@jowenslawfirm.com

By:     *Jason E. Owens*
       Jason E. Owens, #2003003

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2022, I presented the foregoing to the Clerk of the Court for filing and uploading to the Arkansas Circuit Courts' Electronic Filing System, which provides electronic notice of filing to all counsel of record.

       *Jason E. Owens*
       Jason E. Owens