IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of
the Estate of Antonio L. Jones, Deceased                              PLAINTIFF

VS.                           NO. 4:21-cv-444-BRW

FAULKER COUNTY, ARKANSAS;
DR. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually                                         DEFENDANTS

### 28 U.S.C.A. § 1746 AFFIDAVIT

STATE OF ARKANSAS        )
                         )   ss:
COUNTY OF FAULKNER       )

Comes now Debbie Norman, and states, upon oath and on personal knowledge (except where expressly indicated), the following:

1. My name is Debbie Norman. I am the Risk Management Director for the Association of Arkansas Counties (AAC) Risk Management Services in Little Rock, which administers the AAC Risk Management Fund (AACRMF).

2. The AACRMF is a non-insurance fund that combines the resources of all 75 Arkansascounties to provide stable and competitive pricing for protection against certain claims of civil rights and/or constitutional violations. Faulkner County has been a member of the AACRMF for a number of years.

3. Faulkner County does not carry any general liability insurance or other insurance. Faulkner County is a member of the Association of Arkansas Counties Risk Management Fund (AACRMF), which provides non-insurance coverage for certain constitutional and civil rights claims, but expressly excludes and precludes all claims for tort, negligence and negligent conduct of any kind.

4. The AACRMF is not insurance and is not actuarially based (for instance, member counties pay for civil rights and constitutional claims protection on a per capita basis, not on the

Exhibit 4

basis of any actuarial assessment).

## 28 U.S.C.A. § 1746 Affidavit Oath

I declare under penalty of perjury, upon oath and on personal knowledge (except where indicated), under the laws of the United States of America, that the foregoing is true and correct.

*Debbie Norman* [signature]
Debbie Norman

10/26/2022
Date