IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of
the Estate of Antonio L. Jones, Deceased                                    PLAINTIFF

VS.                              NO.  4:21-cv-444-BRW

FAULKER COUNTY, ARKANSAS et al.                                    DEFENDANTS

## MOTION IN LIMINE

Come Now, Defendants, Faulkner County, Arkansas, Dr. Garry Stewart, M.D., individually, Karen Grant, individually, and Leanne Dixon, individually, and for their Motion in Limine herein state and allege:

1.      Plaintiff has submitted purported expert reports in discovery. One (A. Terry) was submitted to Undersigned Counsel's office a week after the deadline to submit such reports. That is, it was submitted on September 19, 2022, but was due by September 12, 2022. On that basis, Mr. Terry's testimony and report should be excluded for Plaintiff's failure to comply with the Court's Amended Final Scheduling Order. Doc. No. 34.

2.      The remaining proposed experts and their reports should be excluded from this matter (either not considered by the Court, excluded from trial, or both) as they would not assist the trier of fact, are not based on sufficiently scientific principles under Fed. R. Evid. 702, contain irrelevant opinions, invade the province of the jury, contain speculation, and would causes juror confusion in the least.

3.      The proposed expert opinions are attached hereto as Exhibits A through D. Exhibit E is the deposition of Sandra Jones. Those exhibits are incorporated herein by reference as if repeated word for word.

4.	Also, Defendants have filed a brief in support of the instant motion, more fully detailing their arguments for exclusion, and the same is incorporated herein by reference as if repeated word for word.

4.	Based on the Rules of Evidence and caselaw, as more fully discussed in the accompanying brief, the proposed experts and their opinions should be excluded from the trial of this matter and should be disregarded by the Court.

WHEREFORE, Defendants respectfully request the Court grant their motion and for all other just and proper relief to which they are entitled.

Faulkner County, Arkansas, Dr. Garry Stewart, M.D., Karen Grant, and Leanne Dixon,

*Defendants*

/s/ Michael A. Mosley
Michael A. Mosley
Ark. Bar No. 2002099
Jason Owens
Ark. Bar No. 2003003
JASON OWENS LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1023 Main St, Ste 204
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: mosley@jowenslawfirm.com

CERTIFICATE OF SERVICE

      I Michael A. Mosley, certify that I filed the foregoing on all parties via CM/ECF on today's date.

                        <u>Michael A. Mosley</u>
                        Michael A. Mosley