# Exhibit E

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
                DISTRICT OF ARKANSAS
                CENTRAL DIVISION


SANDRA JONES, Personal Representative of       PLAINTIFF
the Estate of ANTONIO L. JONES, Deceased


V                    CASE NO: 4:21-cv-444-BRW


FAULKNER COUNTY, ARKANSAS                      DEFENDANTS
DR. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually



                ORAL DEPOSITION OF

                  SANDRA JONES

            THURSDAY, SEPTEMBER 29, 2022
               11:15 A.M. TO 12:05 P.M.

        THE LAW OFFICES OF DENTON AND ZACHARY
             700 S. GERMAN LANE, SUITE 101
                CONWAY, ARKANSAS 72034






                  WAID REPORTING
                  P.O. BOX 10385
               CONWAY, ARKANSAS 72034
                  (501) 620-0982
               waidreporting@gmail.com

2

APPEARANCES


ON BEHALF OF PLAINTIFF:
     MORRIS W. THOMPSON
     MORRIS W. THOMPSON LAW FIRM, P.A.
     P. O. BOX 662
     LITTLE ROCK, AR 72203


ON BEHALF OF DEFENDANTS, FAULKNER COUNTY:
     JASON OWENS
     JASON OWENS LAW FIRM, P.A.
     1023 MAIN STREET, SUITE 204
     CONWAY, ARKANSAS 72032


ON BEHALF OF DEFENDANT, DR. GARRY STEWART:
     DUSTIN R. DARST
     RMP LLP
     710 WINDOVER ROAD, SUITE B
     JONESBORO, ARKANSAS 72401


 ALSO PRESENT:
      ERIKA JONES

INDEX

STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . . . . 1

APPEARANCES  . . . . . . . . . . . . . . . . . . . . . . . 2

EXHIBITS . . . . . . . . . . . . . . . . . . . . . . . . . 3

CAPTION  . . . . . . . . . . . . . . . . . . . . . . . . . 4

DIRECT EXAMINATION BY MR. OWENS  . . . . . . . . . . . . . 5

CROSS-EXAMINATION BY MR. DARST  . . . . . . . . . . . . . 33

CROSS-EXAMINATION BY MR. THOMPSON . . . . . . . . . . . . 37

REDIRECT EXAMINATION BY MR. OWENS . . . . . . . . . . . . 41

DEPOSITION CONCLUDED  . . . . . . . . . . . . . . . . . . 42

CERTIFICATE OF REPORTER . . . . . . . . . . . . . . . . . 43

4

1                         CAPTION

2       ANSWERS AND ORAL DEPOSITIONS OF SANDRA JONES, a

3    witness produced at the request of the defendant, taken

4    pursuant to the Arkansas Rules of Civil Procedure in the

5    above-styled and numbered cause on the 29th day of

6    September, 2022, before Amy Waid, Arkansas Supreme Court

7    Certified Court Reporter #853, at 11:15 a.m.

8

9                    * * * * * * * * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

```
 1                        PROCEEDINGS
 2              THEREUPON,
 3                     SANDRA JONES,
 4           THE WITNESS HEREINBEFORE NAMED, having
 5           been first duly cautioned and sworn by me
 6           to testify to the truth, the whole truth,
 7           and nothing but the truth, testified on their
 8           oath as follows, to-wit:
 9                     DIRECT EXAMINATION
10  BY MR. OWENS:
11  Q   Would you state your name for the record, please,
12  ma'am?
13  A   Sandra Jones.
14  Q   Ms. Jones, my name is Jason Owens, and I represent
15  certain defendants in a federal lawsuit that you have
16  filed against them related to the death of Antonio Jones.
17  You understand that's what we're here today to talk about;
18  correct?
19  A   Yes.
20  Q   Okay.  I know you were here for the deposition
21  before, so you heard sort of the guidelines of deposition.
22  Really it's just to make things go smoother.  If you
23  would, let me get my whole question out.  I'll let you get
24  your whole answer out.  That way we're not talking over
25  each other because that's hard for our court reporter.
```

1       Also, if you would, please try to answer verbally as

2    opposed to head nods and gestures.  You've seen some of

3    that --

4    A    Yes.

5    Q    -- go on in the depositions you've sat in on.

6       Finally, most importantly, if I asked you a question

7    that you don't understand or use a word or phrase you're

8    not familiar with, please ask me to rephrase or use

9    different words.  I'll be happy to do that.  Okay?

10   A    Okay.

11   Q    On the flip side, if I do ask you a question and you

12   answer, I'll assume that I can rely on your answer at the

13   trial in this case; does that sound fair?

14   A    Yes.

15   Q    Okay.  Ms. Jones, I was looking at the order

16   appointing you as the administrator of Antonio's estate.

17   And Antonio was your son; correct?

18   A    Yes.

19   Q    Okay.  That was a probate court order out of

20   Jefferson County.  That's where you live, isn't it?

21   A    Yes, sir.

22   Q    Okay.  Do you still live there?

23   A    Yes, sir.

24   Q    Okay.  The petition that you filed to be appointed

25   lists several putative heirs at law, and I want to kind of

1  go through those with you.

2      The first one is Aubrey Jones who's listed as

3  Antonio's daughter.  She's listed as living here in

4  Conway.  I assume she lives with her mother.  Is that

5  right?

6  A   Yes.

7  Q   What's her mother's name?

8  A   Melissa.

9  Q   Is it Jones?

10 A   No.  It's Melissa Lowe.

11 Q   Lowe.  Okay.

12 A   She's married now, so her last name's Lowe.

13 Q   Okay.  Is that L-O-W-E?

14 A   Um-hum.  Yes, I mean.  Yes.

15 Q   Were Melissa and Antonio ever married?

16 A   No.

17 Q   Okay.  As far as you know, is that their only child

18 together?  Aubrey?

19 A   Yes.

20 Q   Okay.  The next person listed here is Dutch Conrad

21 Cox listed as Antonio's son.  He's listed as living in

22 Harrisburg, Arkansas.  I assume he lives with his mother

23 as well?

24 A   Yes.

25 Q   What's her name?

8

```
1   A    Samantha Cox.

2   Q    Okay.  Is she married as well?

3   A    I'm not for certain.

4   Q    Don't know?  Yeah.

5        And were Samantha and Antonio ever married?

6   A    No.

7   Q    Maybe it'd be easier if I just asked, was Antonio

8   ever married, to your knowledge?

9   A    No.

10  Q    Okay.  All right.  Okay, as far as you know, Dutch

11  the only child of Antonio and Samantha?

12  A    Yes.

13  Q    Okay.  Other than Aubrey and Dutch, did Antonio ever

14  have any other children, to your knowledge?

15  A    No.

16  Q    Okay.  You're listed here as living in Redfield,

17  Arkansas on Ruby Drive.  Do you still live at that

18  address?

19  A    Yes.

20  Q    Okay.  Jonathan Kendle, Antonio's brother, is listed

21  as living at that same address.  Does he still live with

22  you?

23  A    No.

24  Q    Where is he now?

25  A    He's over-the-road.  He drives trucks.
```

1  Q   Oh, I see.  Okay.

2  A   Uh-huh.  So.

3  Q   Where does he land when he does, or does he live out

4  of his truck?

5  A   He comes to my house when he --

6  Q   Okay.

7  A   -- if he's in town --

8  Q   Sure.  Yeah.

9  A   -- he comes home.  Yeah.

10  Q   I know some of those guys they've got such nice

11  sleeper cabins back there, they just about live out of

12  those things --

13  A   Correct.

14  Q   -- these days.

15      Okay, Joe Jones listed as a brother as well in

16  Huntsville, Arkansas on Madison Avenue or Road.  Does he

17  still live there?

18  A   No.

19  Q   Where does he live now?

20  A   1107 Ruby, Redfield.

21  Q   Oh, he lives with you now?

22  A   Yes.

23  Q   Okay, great.  Erika Jones listed as his sister.

24  Erika is here with us today; right?

25  A   Yes.

10

1   Q    Okay.  And she's listed as living with you at that

2   address as well?

3   A    Yes.

4   Q    Okay.  Erika, Joe, and Jonathan are all unmarried; is

5   that --

6   A    Erika and Joe, yes.

7   Q    Jonathan is married?

8   A    Jonathan is not married now.

9   Q    He has been?

10  A    He has been, yeah.

11  Q    Okay.  Who was his wife?

12  A    Brandy.

13  Q    Kendle?

14  A    Kendle.  Um-hum.

15  Q    Okay.  I didn't see any listing for any of Antonio's

16  grandparents.  Are they all deceased?

17  A    Everybody's deceased, yes.

18  Q    Okay.  What about his father?

19  A    Deceased, yes.

20  Q    What was his father's name?

21  A    Joe Edward Jones, Sr.

22  Q    When did he pass?

23  A    He passed -- he passed in July.  I'm not for sure --

24  Q    Sure.

25  A    -- of the date-date.

11

1    Q    Okay.

2    A    I'm not for certain.

3    Q    The -- in Paragraph C of the petition, it's listed

4    that the probable value of Antonio's estate was $0, both

5    real and personal property.  To your knowledge, he didn't

6    own any pieces of property or houses or anything like

7    that, did he?

8    A    No.

9    Q    Was there any personal property of his that was

10   dispersed to other people?

11   A    No, not that I'm aware of.  No.

12   Q    Okay.  At the time of his passing, what did he

13   Antonio do for work?

14   A    He was a guide for duck calling.

15   Q    Okay.

16   A    Yeah.

17   Q    How did that work?  Would he -- people call him to

18   take them on duck hunting trips or to teach them how to

19   duck call or what?

20   A    He would take them out.  He would call the ducks in,

21   I might say that.

22   Q    I see.

23   A    Yes.

24   Q    Okay.  So a group would hire him to go out with them

25   to call the ducks in because he was really good at that.

12

```
 1  A    Yes.  Yes.

 2  Q    That's a real skill.  I'm terrible at it.  I

 3  understand.

 4       Okay.  My understanding is that he won some

 5  competitions for that, hadn't he?

 6  A    Yes.

 7  Q    What competitions did he win that you know of?

 8  A    I'm not aware of what he won --

 9  Q    Yeah.

10  A    -- but I'm aware that he did win, yeah, so.

11  Q    Did he have a nickname of some kind related to his

12  duck hunting?

13  A    Yes.

14  Q    What was his nickname?

15  A    Duck Man.

16  Q    Is that what people called him, or was that sort of a

17  moniker for his business, or did people call him that?

18  A    Yes.

19  Q    They did.  Okay.  I assume he'd been duck hunting all

20  his life, essentially?

21  A    Yes.

22  Q    What he loved to do; right?

23  A    Yes.

24  Q    Okay.  All right, I'm going to go through some of

25  these things.  One thing I didn't tell you at the outset
```

13

1    is, I understand the emotional nature of this lawsuit, and

2    if at any point you need to take a break, you don't have

3    to tell me or ask me or anything else, you just take a

4    break.  Okay?

5    A   Yes.

6    Q   All right.  And I don't see any tissue in here, but

7    we can get some for you for sure.

8                   MR. THOMPSON:  Yeah, we --

9                   MR. OWENS:  There we go.  There's a little.

10                  MR. THOMPSON:  Thank you.

11                  THE WITNESS:  Thank you.

12   Q   (By Mr. Owens)  When -- let me get the date here.

13        In August -- your complaint says in Paragraph 7 --

14   and I'm referring to Document Number 1 on the docket just

15   for purposes of the record -- says that on August 7, 2019,

16   Antonio Jones was arrested in Russellville, Arkansas on a

17   failure to appear to a child support hearing in Faulkner

18   County, and he was held overnight in Polk County Jail.

19        When did you become aware that Antonio had been

20   arrested?

21   A   (No verbal response.)

22   Q   Did you know the night that he was arrested that he

23   had been arrested?

24   A   No, I didn't.

25   Q   When did you find out he had been arrested?

14

1   A    Not until the following night --

2   Q    Okay.

3   A    -- which was the night of his passing.

4   Q    After he'd already passed?

5   A    Yes.

6   Q    Okay.

7   A    Long after.

8   Q    Sure.  Before this arrest on or about August 7, 2019,

9   had Antonio ever been arrested before?

10  A    Yes.

11  Q    How many times do you think

12  A    To my recollection, four.

13  Q    Okay.  Did those all have to do with child support or

14  failure to appear for a child support hearing and those

15  kind of things, or were there other arrests?

16  A    Can you rephrase that question for me?

17  Q    Sure.  So on this occasion, in August of 2019, he was

18  arrested, at least according to the complaint, on a

19  failure to appear charge where he had allegedly failed to

20  appear at a child support hearing.

21       Were all of his arrests similar to that, or were they

22  arrest for other things?  Or let me --

23  A    That's --

24  Q    -- let me back up and ask it a different way because

25  I don't want to confuse you.

1    You said that you were aware of four arrests before

2 this arrest in August of 2019; right?

3 A   The four is with the --

4 Q   -- with this one.

5 A   Yes.

6 Q   Okay, so three prior to this one and then this one.

7    Okay.  So on the three occasions prior to August 7 of

8 2019, what was the Antonio arrested for?

9 A   Drugs.

10 Q   Okay.  Would that have been on all three occasions?

11 A   No.

12 Q   Okay.  What else was he arrested for other than

13 drugs?

14 A   The other two were -- the other two was -- I got a

15 brain fart -- theft of property was one, and I don't -- I

16 don't know the -- the other one.

17 Q   Sure.

18 A   I don't know the other one.

19 Q   On the drug arrest, was that a possession or a sale

20 charge, do you know?

21 A   I really don't know.

22 Q   Do you know what drug was alleged in that case?

23 A   No, I don't.

24 Q   Okay.  How about the theft of property, do you know

25 what he was accused of stealing?

16

1  A    No, I don't.

2  Q    Any idea on how any of those charges ultimately

3  played out?  Was he found guilty of those or do you know?

4  A    No, sir, I don't.

5  Q    Okay.  Those three charges, did any of those result

6  in him going to jail?

7  A    Yes.

8  Q    All three, you think?

9            MR. THOMPSON:  Objection:  vague.

10  Q    So on any of these three -- other three charges that

11  you're recalling, were there any where he just got a

12  ticket and didn't have to go to jail?

13            MR. THOMPSON:  Objection:  vague.

14  A    No.

15            Go ahead and answer if you can.

16  Q    (By Mr. Owens)  Okay.  So at least he went for a

17  brief period of time before he got out; right?

18  A    Yes.

19  Q    Okay.  Do you recall whether you helped bail or bond

20  him out on any of those occasions?

21  A    Yes.

22  Q    All three?

23  A    No.

24  Q    Okay.  How many times did you bail or bond him out?

25  A    Two.

17

1   Q    Okay.  Were those in the Jefferson County Jail?

2   A    No.

3   Q    Where were they?

4   A    Here.

5   Q    Faulkner County?

6   A    No.  No.  Sheridan.

7   Q    Sheridan.  That'd be Grant County?

8   A    Yes, Grant County.

9   Q    Okay.

10  A    And I'd say Brinkley.  I'm not for certain if that's

11  correct or whatever.

12  Q    Okay.  Redfield, where you live, is in Grant County

13  as well; right?

14  A    No, sir.

15  Q    It's not.  What county is Redfield?

16  A    Jefferson.

17  Q    Jefferson.

18            MR. DARST:  Just for the record, I think

19        you're talking Grant County for Sheridan.

20            THE WITNESS:  Yes.

21            MR. OWENS:  Right.  Yeah.

22  Q    (By Mr. Owens)  But Redfield is in Jefferson County?

23  A    Yes.

24  Q    I gotcha.  Okay.

25       Where was Antonio living before his arrest in August

1  of 2019?

2  A    With me.

3  Q    Okay.  Other than you and Antonio, who was living in

4  your house at that time?

5  A    No one.

6  Q    Just the two of you?

7  A    Yes.

8  Q    Okay.  What did you know about -- well, I'll just ask

9  you, in August of 2019, did Antonio have a drug problem?

10 A    Not that I'm aware of.

11 Q    Okay.  How long before the August 7, 2019, arrest was

12 Antonio arrested on this other drug charge?

13 A    That was probably back in nineteen -- not nineteen --

14 twenty -- 2006 or '08 or something like that.  I'm not for

15 certain.

16 Q    A long way back.

17 A    Yeah.

18 Q    10 to 15 years ago?

19 A    Okay.

20 Q    Is that right?

21 A    Yes.

22 Q    Okay.

23            MR. THOMPSON:  Okay, remember, now, you

24        have to say yes so that she --

25            THE WITNESS:  Oh.

19

1     MR. THOMPSON:  -- or no.

2     MR. OWENS:  Sure.

3     MR. THOMPSON:  Okay.

4     MR. OWENS:  Yeah.

5     THE WITNESS:  I'm sorry.  I'm so focused

6        on --

7     MR. OWENS:  No, I understand.

8     THE WITNESS:  I'm sorry.

9  Q   (By Mr. Owens)  And so the drug arrest that you told

10 me about that happened before 2019 was actually before

11 2010; right?

12 A   Yes.

13 Q   In 2006 or '08 or something like that?

14 A   Yeah.

15 Q   And where was that one at?

16 A   He was in Pulaski County.

17 Q   Okay.  So did he -- to your knowledge, did he have a

18 drug problem back then?

19 A   No.

20 Q   Okay.  You never knew him to have a drug problem?

21 A   Not to my knowledge.

22 Q   Okay.  What did you make of it when the autopsy found

23 a bag that had methamphetamine in it in his abdomen?

24 A   Disbelief.

25 Q   So disbelief I guess could mean a couple things in

1  that answer.  I want to make sure I understand what you're

2  saying.  Are you saying disbelief in that you don't think

3  that's true or disbelief as in you were surprised?

4  A   I was very surprised.

5  Q   Okay.  So on August 7th here -- again, your complaint

6  says, on August 7th, Antonio was arrested on a failure to

7  appear -- a charge of failure to appear to a child support

8  hearing.

9      Did you know at that time that Antonio had been

10  ordered by a court to pay child support to anyone?

11  A   Yes.

12  Q   Who -- as of August 7, 2019, who had he been ordered

13  to pay child support to, to your knowledge?

14  A   Melissa Lowe.  Well, it was Melissa -- well, Melissa

15  Lowe.

16  Q   Okay.

17  A   We'll just go with that because she -- yeah.

18  Q   Yeah, whatever it was at that time, but it may be a

19  different name -- last name.

20      And that's the mother of Aubrey Jones?

21  A   Yes.

22  Q   Okay.  To your knowledge, as of August 7, 2019, was

23  Antonio behind on those child support payments?

24  A   Yes.

25  Q   Okay.  Antonio was living with you in the first part

21

1  of August of 2019.  Was he contributing financially to the

2  house?  Was he paying any part of the mortgage or rent?

3  Was he buying food for the two of you?

4  A   No.

5  Q   Okay.

6  A   I paid my own, yes.

7  Q   There was, to your knowledge, no court order that

8  required him to pay child support to Samantha Cox in

9  August of 2019?

10 A   Not that I'm aware of, no.

11 Q   Okay.  You had a phone at your home in early August

12 of 2019, didn't you?

13 A   Yes.

14 Q   Did you have a cell phone?

15 A   Yes.

16 Q   Were those one in the same?  I know most people these

17 days have just got a cell phone.  Did you just have a cell

18 phone at that time?

19 A   Yes.

20 Q   Antonio knew your number; right.

21 A   Yes.

22 Q   To your knowledge, he didn't attempt to call you when

23 he was arrested?

24        MR. THOMPSON:  Objection to form.

25 Q   Let me ask you a different way.  Did you receive a

22

1  call from Antonio when he was arrested on August 7 of

2  2019?

3  A   No, sir.

4  Q   Okay.  Do you know whether he called anyone when he

5  was arrested?

6  A   I don't know.

7  Q   Okay.  Nobody's told you, "He called me that night"?

8  A   No.

9  Q   Okay.  Part of what I'm doing here, just for your

10  edification, is I want to make sure that I know what you

11  know, so that when we have a trial, it's kind of not like

12  what it looks like on TV where everybody's surprising

13  everybody at trial.

14  A   Okay.

15  Q   This is my opportunity to discover what you know, and

16  I just want to make sure that I know what you know and

17  know what you don't know.  Does that makes sense?

18  A   Yes.

19  Q   Okay.  To your knowledge, before August 7 and 8 of

20  2019, had Antonio ever swallowed a bag of drugs before

21  that?

22  A   No.

23  Q   Okay.  Other than -- well, let's say, before August 7

24  of 2019, when Antonio was arrested and ultimately taken to

25  the Faulkner County Jail, did you know Dr. Garry Stewart,

23

1  Karen Grant, or Leanne Dixon?

2  A   No, sir.

3  Q   You'd never met them at any point before that had

4  you?

5  A   No, sir.

6  Q   Okay.  I know that your lawyers have helped you draft

7  your complaint in this case, but I want to ask you, just

8  in your own words, what is it you think that Karen Grant

9  did wrong in this case?

10 A   Could you explain to me who Karen Grant is, sir?

11 Q   Sure.  So you've sued Karen Grant among some other

12 defendants, I presume, for doing something wrong, right,

13 that you object to.  And so I'm just asking, from your own

14 perspective and in a factual sense, what facts can you

15 point to, to say that she did something wrong here?

16               MR. THOMPSON:  Jason, I think she was

17          asking you, "Who is Karen Grant?"

18 Q   (By Mr. Owens)  Do you know who Karen Grant is?

19 A   No.

20 Q   Okay.  So if I asked you what she did wrong, you

21 wouldn't be able to tell me an answer to that would you?

22 A   No.

23 Q   How about Leanne Dixon, do you know who that is?

24 A   No.

25 Q   Okay.  And so you can't tell me what she did wrong in

24

1  this case either; right?

2  A   No, sir.

3  Q   Okay.  You've also sued Faulkner County itself.  What

4  did Faulkner County do wrong in this case?

5  A   I think this is some legal stuff that my lawyer --

6  Q   I'm not asking you from a legal perspective.  I'm

7  asking you based on the facts as you understand them.  You

8  filed a lawsuit against Faulkner County, I presume,

9  because you think they did something wrong; is that fair?

10 A   Okay.  Yes.

11 Q   Okay.  What is it that you think they did wrong?

12 A   I don't think that they got Antonio proper care in a

13 timely manner.

14 Q   Okay.  What do you think that they should have done

15 differently?

16 A   They should have gotten him some help.  They should

17 have gotten him to the hospital.

18 Q   Okay.

19 A   If they had gotten him to the hospital, I believe he

20 would be still here.

21 Q   Just so that I know, have you ever had any medical

22 training of any kind?

23 A   No.

24 Q   Okay.  Where do you work, if you do?

25 A   National Center for Toxicological Research.

25

```
1   Q   Really?

2   A   Yes.

3   Q   Okay.  Is that -- where's your office?  Is it Pine

4   Bluff or Little Rock?

5   A   Jefferson.

6   Q   Jefferson, Arkansas.

7   A   Yes.

8   Q   Okay.  Is that in Jefferson County?

9   A   Jefferson County as well.

10  Q   Okay.  That doesn't always work.  There's Benton is

11  not in Benton County, and there's a whole list of them.

12              MR. THOMPSON:  Conway is not in Conway

13         County.

14              MR. OWENS:  Yeah, that's right.  They like

15         to confuse us with all that stuff.

16  Q   (By Mr. Owens)  So what do you do at the National

17  Center for Toxicological Research?

18  A   I am a technician.

19  Q   Okay.  What does that entail?

20  A   Animal care technician.

21  Q   Animal care, okay.

22  A   Yes.

23  Q   So they're doing -- conducting research on lab animal

24  -- animals in the laboratory?

25  A   That's correct.
```

26

1   Q    Okay.  And I guess they inject or somehow get certain

2   substances into these animals and test their reaction to

3   them.

4   A    I'm really not allowed to --

5   Q    You're not allowed to talk about it.  Gotcha.

6   A    -- talk about --

7   Q    Whatever it is --

8   A    -- my job.

9   Q    -- are you allowed to say what you do there?

10  A    Yes.

11  Q    As a technician, what was your function?

12  A    We -- animal care.

13  Q    Gotcha.

14  A    Yes.

15  Q    Okay.  I will --

16  A    We take care of the animals.

17  Q    No, we can leave it there.  That's fine.

18       Is that a private business, a government, or sort of

19  something in the middle?

20  A    It's government.

21  Q    Okay.

22  A    Yes.

23  Q    Is it a government office?

24  A    Yes.

25  Q    You have a --

27

1   A    A government facility.   I'm sorry.

2   Q    You have a public retirement plan, for instance?

3   A    Yes.

4   Q    Okay.   Public health insurance and those kinds of

5   things?

6   A    Yes.

7   Q    Okay.   How long have you worked there?

8   A    26 years

9   Q    Okay.   As a result of that work, do you have any

10  opinions that -- about any toxicological matters in this

11  case?

12  A    No, I don't.

13  Q    Have you looked at any of the toxicology screens on

14  the autopsy for instance?

15  A    No, I haven't.

16  Q    Okay.   Okay.   Other than August 7th and 8th of 2019,

17  had you ever known Antonio to use drugs?

18  A    No.

19  Q    As far as you know, he had never used drugs before

20  those dates; right?

21  A    That as far as I know.

22  Q    Would you have allowed drug use in your house?

23  A    No.

24  Q    I kind of got that impression.   I didn't want to

25  presume, but I kind of got that impression.

28

1    Okay.  When Antonio was living with you, did y'all go

2  to church anywhere?

3  A    Yes.

4  Q    Where at?

5  A    My church.

6  Q    Which is?

7  A    New Morningstar Baptist Church.

8  Q    Okay.

9  A    1026 Missouri Street, Pine Bluff, Arkansas.

10  Q    You've been going there a while, haven't you?

11  A    Yes, I have.

12  Q    Okay.

13  A    Yeah.

14  Q    Other than his duck calling business or guide

15  business or whatever that entailed, had Antonio ever

16  worked anywhere else since he was 18?

17  A    Not that I'm aware of.

18  Q    Okay.  Was he on any kind of government assistance in

19  August of 2019, Social Security Disability, any kind of

20  SNAP benefits or those kinds of things?

21  A    No.

22  Q    Okay.  Had he ever been on any kind of government

23  assistance, to your knowledge?

24  A    Not to my knowledge.

25  Q    Do you know if he filed tax returns?

1  A   I don't know.

2  Q   Okay.  You file a tax return every year, don't you?

3  A   Yes, sir.

4  Q   Okay.  Did you claim Antonio as a dependent on your

5  taxes?

6  A   No.

7  Q   Okay.  Other than what you heard -- you've attended

8  several of the depositions in this case, right?

9  A   Um-hum.

10  Q   Other than what you've heard --

11  A   Yes.

12  Q   I'm sorry.  I forget too.

13  A   You were going.  I'm sorry.

14  Q   So other than what you've heard in those depositions

15  and what you've read in documents, do you know anything

16  else about what happened on August 7th or 8th of 2019 at

17  the Faulkner County Jail?

18  A   No, sir.

19  Q   Okay.  Before his -- well, let me ask you, before his

20  passing, when was the last time you talked to Antonio?

21  A   I really don't remember, but it was -- we talked all

22  the time.  We would talk all the time.  Yeah.

23  Q   Do you think certainly you would have talked to him

24  within a week before his arrest?

25  A   Yes, I would have.

30

1 Q   Okay.  How did y'all normally talk, on the telephone

2 or back at the house or what?

3 A   Cell phone.

4 Q   Okay.  And I've been calling him Antonio.  I

5 apologize if you called him something different.  Is that

6 what you called him?

7 A   I called him Tonio.

8 Q   Tonio?

9 A   Um-hum.

10 Q   Okay.  Did -- as of early August 2019, did Antonio

11 have any medical conditions that you were aware of?

12 A   Not that I'm aware of, no.

13 Q   Was he taking any prescription medications that you

14 were aware of?

15 A   No.

16 Q   Okay.  Did Antonio ever have any surgeries during his

17 lifetime?

18 A   No, not that I'm aware of.

19 Q   Any hospitalizations that you remember?

20 A   No.

21 Q   Okay.  So I'm going to ask you a question and I'll

22 sort of clarify what I mean.  Why did you file this

23 lawsuit?  In other words, if -- what are you hoping to

24 accomplish?  If everything turned out exactly the way you

25 wanted it to when you filed the lawsuit, what would

31

1   happen?

2   A    I just want closure.

3   Q    Okay.  What would closure look like for you?  If we

4   got to the end of this lawsuit and a determination was

5   made, what would closure -- kind of ideal closure look

6   like for you?

7   A    Just if someone is responsible for not getting him

8   the medical help and the assistance that he needed and

9   getting him to a hospital, yes, it would give me closure

10  knowing that, you know, it just didn't get overlooked.

11  Q    Sure.  You've asked for money damages in your

12  lawsuit.  Is there a particular amount of money that you

13  plan to ask the jury for in this case?

14  A    Yes.

15  Q    What is that amount?

16  A    The amount that I would ask for -- for my son's

17  death, they don't have enough.

18  Q    Okay.

19  A    They don't have enough.  But --

20  Q    So is there a number you would ask the jury for in

21  this case?

22           MR. THOMPSON:  Objection.

23  Q    You can go ahead and answer.

24  A    I personally want millions.

25  Q    You've heard the testimony, I believe, of several

32

1  witnesses now that have said they asked Antonio if he had
2  swallowed anything, and he told them no.  Do you have any
3  reason to dispute that?
4  A   Can you repeat your question again for me?
5  Q   Sure.  I think you've been here -- and you tell me if
6  I'm wrong, but I think you've been here for several of the
7  depositions.  And I'll certainly represent to you that
8  this testimony was given by several witnesses, that
9  Antonio was specifically asked whether he'd taken or
10  swallowed anything, and he said no more than once.
11     Do you have any reason to dispute that?
12            MR. THOMPSON:  Objection:
13            mischaracterization.
14  Q   (By Mr. Owens)  You can go ahead and answer.
15  A   No.
16  Q   Okay.  I know you weren't there, but nobody's come to
17  you and said, "No, he told him that he had swallowed the
18  bag of methamphetamine"?  Nobody's told you that, have
19  they?
20  A   No.
21  Q   Okay.
22  A   I wasn't there.
23  Q   If Antonio had used or sold methamphetamine before
24  August 7th of 2019, you didn't know about it right.
25  A   No.

1          MR. THOMPSON:  Objection.

2          MR. OWENS:  I think that's all I have.

3      Thank you, ma'am, for your time.

4          THE WITNESS:  Um-hum.  Thank you.

5          MR. DARST:  Ms. Jones, I'm just going to

6      have a few questions.  Do you need a break, or

7      do you just want to wrap it up?

8          THE WITNESS:  You can go ahead.  I'm good.

9          MR. DARST:  Okay.

10              CROSS-EXAMINATION

11  BY MR. DARST:

12  Q   Ms. Jones, my name is Dustin Darst.  Along with

13  Jason, I represent Dr. Stewart on a few of the claims

14  brought in this lawsuit.

15      And I think I know the answer when they asked, you

16  don't know Dr. Stewart; correct?

17  A   No.

18  Q   And I take it because of that, like Nurse Grant and

19  Ms. Dixon, you don't have any personal opinion on what he

20  should or shouldn't have done, if anything, in this case;

21  is that right?

22  A   No, I don't.

23  Q   Okay.  Let's see.  I'm going to do my best not to

24  duplicate anything.

25      When was the last time you saw Antonio before he was

34

1  arrested on August 7th?

2  A   Before his arrest, it was, like -- I'm not -- I'm not

3  for certain.  I'm not going to -- I'm not for certain.

4  Q   And I'm not going to hold you to dates, but is it --

5  are we talking days?  Are we talking a week?  Are we

6  talking two weeks?

7  A   A couple of weeks.

8  Q   Okay, a couple of weeks before.

9  A   Yes.

10  Q   All right.  And you said if -- I think you said that,

11  you know, if he was living anywhere, he was living with

12  you at the time?

13  A   Correct.

14  Q   All right.  How often in a month was he at your house

15  versus somewhere else at night?

16  A   Every night.

17  Q   Every night?

18  A   Um-hum.

19  Q   Where was he for the two weeks before August 7th?

20  A   He was at a friend's.

21  Q   All right.  And who was that friend?

22  A   Her name is Selena.

23  Q   All right.  Do you know Selena's last name?

24  A   No, sir.

25  Q   Do you know anything about -- were they friends?  Was

35

1   there a relationship there?  Do you know any other details

2   about that?

3   A   No, sir.

4   Q   All right.  And would he go stay with her for weeks

5   at a time frequently, or was this something --

6   A   No.  No, sir.  I'm sorry.

7   Q   No problem.  I'm going to cut you off accidentally

8   too.  So it's -- we'll both do our best to let each other

9   finish.

10      Had she -- had he known Selena for a long time, or

11  was this a new acquaintance?

12  A   I'm not aware.  I don't know.

13  Q   All right.  After -- and I'm not talking about your

14  attorney, but since August 7th, the day he was arrested,

15  have you talked to anyone about what happened at the jail?

16  A   Can you explain your question more -- better for me?

17  Q   Yeah.  Other than your attorney -- because that's

18  privileged.  I'm not asking about your conversations with

19  him -- have you talked with anyone, whether it's friends,

20  family, other acquaintances, anyone, about what happened

21  at the jail?

22  A   No.

23  Q   No.

24  A   Because --

25  Q   Go ahead.  I'm sorry.

36

1   A   No.

2   Q   Okay.  Have you talked to any of Antonio's friends or

3   acquaintances about anything that may or may not have

4   happened during this timeframe from August 7th to now.

5   A   No.

6   Q   Okay.  Regarding his work history, you talked about

7   his calling business during duck season.  You know, duck

8   season normally runs from mid-November to the end of

9   January.  Did he do anything for work from February to

10  mid-November every year?

11  A   Not that I'm aware of.

12  Q   Okay.  So in terms of paid work that you're aware of,

13  it was always during duck season?

14  A   Yes.

15  Q   Okay.  I mean, do you know, as the administrator of

16  his estate, did he have bank accounts, did he have savings

17  accounts, anything of that nature?

18  A   No, not that I know of.

19  Q   How long had he been staying at your house?

20  A   Roughly a year.

21  Q   All right.  Was there a reason he moved in, or was it

22  just something that worked out good for him and you?

23  A   No.  No reason.  Just home.

24          MR. DARST:  All right, Ms. Jones, I'm sorry

25          we met under these circumstances, but thank you

1        for your time today.  That's all I have.

2            CROSS-EXAMINATION

3     BY MR. THOMPSON:

4     Q   All right, just a couple of questions.  Did anybody

5     from the jail talk to you about Antonio?

6     A   Can you explain what -- what you mean?

7     Q   Yeah.  Did anybody call you -- who worked for the

8     jail or the county or whatever call you and talk to you

9     about --

10    A   The night that he died?

11    Q   At any time.

12    A   At any time?  No.

13    Q   Okay.  Did anybody from the coroner's office call and

14    talk with you about Antonio?

15    A   Yes.

16    Q   All right.  When was that?

17    A   It was roughly after he passed, probably after the

18    report was done --

19    Q   All right.

20    A   -- she called and spoke with me.

21    Q   Okay.  Do you recall that conversation?

22    A   It was very lengthy, and vaguely.  I don't -- I don't

23    remember -- I don't remember all of it --

24    Q   Okay, you need to speak up because she's --

25         THE COURT REPORTER:   I've got her.

38

1    MR. THOMPSON:  Okay, you can hear her?

2    THE COURT REPORTER:  I can hear her.

3    MR. THOMPSON:  Okay.

4  A   I don't remember all of it, but I -- I do roughly

5  remember some of it.

6  Q   (By Mr. Thompson)  Okay.  Tell us what you recall --

7  what you can recall.

8  A   I recall her telling me that I would -- if it was

9  her, she would look into the situation because from the

10  timeframe -- the timing of the timeframe of the time that

11  he passed and stuff is not adding up.  And there was a lot

12  of time unacquired for within -- you know, in between that

13  time that they had on record or whatever.

14  Q   All right.  Now, you were asked about Antonio's

15  source of income.  Do you recall -- do you know whether or

16  not he did duck calling exhibits and seminars?

17  A   He went to different seminars, I believe, that --

18  what do you call, like, contests and stuff like that.

19  Q   Right.

20  A   Yeah.  He did that a lot, yes.

21  Q   Okay.  And that was throughout the year?

22  A   Yes, sir.

23  Q   Okay.  Do you know if he was paid for -- I mean, he

24  won the National Duck Calling.

25  A   Yes.

39

1  Q   And so with that status, do you know if he was being

2  paid to show up and -- as a national champion and do

3  exhibits?

4  A   I'm not aware of if he is or not, but he -- if he got

5  paid, he was paid for the contest, that if he came -- if

6  he came in first or he won it or whatever, yes, he was --

7  Q   Okay.

8  A   -- paid on the --

9  Q   What about --

10  A   -- on that aspect.

11  Q   I'm sorry.  I cut you off.

12  A   No problem.

13  Q   You have such a soft voice, and I'm kind of hard of

14  hearing.

15      Okay.  What about -- do you know if he had a line of

16  duck calls that he had manufactured that he sold?

17  A   Yes.

18  Q   What were they called?

19  A   Brodie Benz [sic].  Brodie --

20  Q   You've got to say that --

21  A   -- Benz.

22              THE COURT REPORTER :  Okay.  Okay.

23  A   B-R-O-D-I-E B-E-N-Z [sic].

24  Q   All right.  And --

25              THE WITNESS:  I'll turn this way.

40

1   Q    -- were you involved with him in his business?

2   A    No, sir.

3   Q    Okay.  So do you have any idea how well they sold,

4   how -- or anything about that?

5   A    No, sir.

6   Q    Okay.  But you do know that he had his own line of

7   duck calls, Brodie Bend Duck Calls, that he sold?

8   A    Yes, sir.

9   Q    And you're telling us that you know that throughout

10  the year he traveled and did contests and exhibitions?

11  A    Yes, sir.

12  Q    Now, there are a number of YouTube videos of him

13  giving demonstrations and stuff like that.  Do you know if

14  he made money -- had followers and made money from his

15  YouTube presentations.

16  A    I don't know.

17  Q    Okay.  Now, Mr. Owens asked you about being

18  financially compensated or that being one of your goals.

19  Do you understand that any recovery that may occur, the

20  bulk of that would go to his children?

21  A    Yes, sir.

22  Q    All right.  You did understand that?

23  A    Yes, sir.

24  Q    All right.  So in terms of when Mr. Owens asked you

25  what you wanted to accomplish, does that include wanting

41

1  to make sure that his children are well taken care of

2  since their dad is no longer here?

3  A   Yes, sir.

4  Q   All right.

5                    MR. THOMPSON:  No further questions.

6                    REDIRECT EXAMINATION

7  BY MR. OWENS:

8  Q   Do you know if Antonio ever contributed financially

9  to the upbringing of his child with -- to the upbringing

10 of Dutch?

11 A   No, I don't -- I don't --

12 Q   You don't know?

13 A   -- I don't know.

14 Q   Okay.  Who is Ben Tischler?

15 A   He's a good friend of Antonio's.

16 Q   In your answers to written discovery requests, he's

17 identified as a friend of Antonio's who duck hunted with

18 him and assisted him in his duck call business.

19     Did they have any kind of a business partnership, do

20 you know?

21 A   I don't know.  I'm not aware.

22 Q   Okay.  Where does Ben live?

23 A   St. Louis, Missouri.

24 Q   Okay.  Do you know someone named Rusty with Dirty

25 Red's Sports and Recreation?

42

```
1   A   Yes.  Yes.

2   Q   Did he work with Antonio, or what was their

3   relationship if you know?

4   A   I believe they worked together.

5   Q   Okay.  He's listed as living in Pinson, Tennessee.

6       Have you met -- have you ever met Ben Tischler?

7   A   Yes, sir.

8   Q   Have you ever met Rusty with Dirty Red's?

9   A   No, sir.

10  Q   Okay.

11              MR. OWENS:  That's all I have.  Thank you.

12              THE WITNESS:  Thank you.

13              MR. THOMPSON:  No questions.

14              MR. DARST:  I'm thinking.  No further

15          questions.

16              MR. THOMPSON:  And no further questions.

17              (Thereupon, the deposition was concluded at

18          12:05 p.m.)

19

20

21

22

23

24

25
```

43

REPORTER'S CERTIFICATE

I, AMY WAID, Certified Court Reporter in and for the State of Arkansas, do hereby certify as follows:

(1) that on September 29, 2022, Sandra Jones, was duly sworn by me prior to the taking of testimony as to the truth of the matters attested to and contained therein;

(2) that the foregoing pages contain and are a true and correct transcription of the proceedings as reported verbatim by me via the voice-writing method to the best of my ability and transcribed and reduced to typewritten form by myself or under my direction and supervision, and subject to appropriate changes submitted by witness, if any, during their requested reading and signed of this deposition according to the Arkansas Rules of Civil Procedure;

(3) that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and that I am not a relative or employee of any attorney employed by the parties hereto;

(4) that I am not financially or otherwise interested in the outcome of this action that affects or has a substantial tendency to affect impartiality or requires me to relinquish control of an original or copies of a deposition transcript before it is certified, or that requires me to provide any service not made available to all parties to the action; and

(5) that I have no contract with the parties, attorneys, or persons with an interest in the action; and that I am not knowingly identified on a preferred provider list, whether written or oral, for any litigant, insurance company, or third-party administrator involved in this matter.

This transcript is prepared at the request of Jason Owens; and all fees are billed directly to Jason Owens Law Firm in compliance with the Arkansas Board of Court Reporter Examiners Regulations Section 19.

Witness my hand and seal this 10th day of October, 2022.

_____
Amy Waid
Certified Court Reporter #853
PO Box 10385, Conway, Arkansas 72034

Amy Waid
Arkansas Supreme
Court-Certified
Court Reporter

CCR No. 853

**A**

abdomen
19:23
ability
43:6
able 23:21
above-styled
4:5
accidentally
35:7
accomplish
30:24
40:25
accounts
36:16
36:17
accused
15:25
acquaintance
35:11
acquainta...
35:20, 36:3
action
43:10
43:12
43:15
43:16
adding
38:11
address
8:18, 8:21
10:2
administr...
6:16, 36:15
43:18
affect
43:13
ago 18:18
ahead 16:15
31:23
32:14, 33:8
35:25
alleged
15:22
allegedly
14:19
allowed
26:4, 26:5
26:9, 27:22
amount

31:12
31:15
31:16
Amy 4:6
43:2, 43:24
animal
25:20
25:21
25:23
26:12
animals
25:24, 26:2
26:16
answer 5:24
6:1, 6:12
6:12, 16:15
20:1, 23:21
31:23
32:14
33:15
answers 4:2
41:16
Antonio 1:4
5:16, 6:17
7:15, 8:5
8:7, 8:11
8:13, 11:13
13:16
13:19, 14:9
15:8, 17:25
18:3, 18:9
18:12, 20:6
20:9, 20:23
20:25
21:20, 22:1
22:20
22:24
24:12
27:17, 28:1
28:15, 29:4
29:20, 30:4
30:10
30:16, 32:1
32:9, 32:23
33:25, 37:5
37:14, 41:8
42:2
Antonio's
6:16, 7:3
7:21, 8:20
10:15, 11:4

36:2, 38:14
41:15
41:17
anybody
37:4, 37:7
37:13
apologize
30:5
appear
13:17
14:14
14:19
14:20, 20:7
20:7
APPEARANCES
2:1, 3:3
appointed
6:24
appointing
6:16
appropriate
43:7
AR 2:7
Arkansas
1:1, 1:8
1:16, 1:23
2:14, 2:21
4:4, 4:6
7:22, 8:17
9:16, 13:16
25:6, 28:9
43:2, 43:9
43:20
43:25
arrest 14:8
14:22, 15:2
15:19
17:25
18:11, 19:9
29:24, 34:2
arrested
13:16
13:20
13:22
13:23
13:25, 14:9
14:18, 15:8
15:12
18:12, 20:6
21:23, 22:1
22:5, 22:24

34:1, 35:14
arrests
14:15
14:21, 15:1
asked 6:6
8:7, 23:20
31:11, 32:1
32:9, 33:15
38:14
40:17
40:24
asking
23:13
23:17, 24:6
24:7, 35:18
aspect
39:10
assistance
28:18
28:23, 31:8
assisted
41:18
assume 6:12
7:4, 7:22
12:19
attempt
21:22
attended
29:7
attested
43:4
attorney
35:14
35:17
43:11
attorneys
43:16
Aubrey 7:2
7:18, 8:13
20:20
August
13:13
13:15, 14:8
14:17, 15:2
15:7, 17:25
18:9, 18:11
20:5, 20:6
20:12
20:22, 21:1
21:9, 21:11
22:1, 22:19

22:23
27:16
28:19
29:16
30:10
32:24, 34:1
34:19
35:14, 36:4
autopsy
19:22
27:14
available
43:15
Avenue 9:16
aware 11:11
12:8, 12:10
13:19, 15:1
18:10
21:10
28:17
30:11
30:12
30:14
30:18
35:12
36:11
36:12, 39:4
41:21

**B**

B-E-N-Z
39:23
B-R-O-D-I-E
39:23
back 9:11
14:24
18:13
18:16
19:18, 30:2
bag 19:23
22:20
32:18
bail 16:19
16:24
bank 36:16
Baptist
28:7
based 24:7
BEHALF 2:3
2:10, 2:17

believe
  24:19
  31:25
  38:17, 42:4
Ben 41:14
  41:22, 42:6
Bend 40:7
benefits
  28:20
Benton
  25:10
  25:11
Benz 39:19
  39:21
best 33:23
  35:8, 43:6
better
  35:16
billed
  43:19
Bluff 25:4
  28:9
Board 43:20
bond 16:19
  16:24
Box 1:22
  2:6, 43:25
brain 15:15
Brandy
  10:12
break 13:2
  13:4, 33:6
brief 16:17
Brinkley
  17:10
Brodie
  39:19
  39:19, 40:7
brother
  8:20, 9:15
brought
  33:14
bulk 40:20
business
  12:17
  26:18
  28:14
  28:15, 36:7
  40:1, 41:18
  41:19
buying 21:3

C

cabins 9:11
call 11:17
  11:19
  11:20
  11:25
  12:17
  21:22, 22:1
  37:7, 37:8
  37:13
  38:18
  41:18
called
  12:16, 22:4
  22:7, 30:5
  30:6, 30:7
  37:20
  39:18
calling
  11:14
  28:14, 30:4
  36:7, 38:16
  38:24
calls 39:16
  40:7, 40:7
CAPTION 3:5
  4:1
care 24:12
  25:20
  25:21
  26:12
  26:16, 41:1
case 1:6
  6:13, 15:22
  23:7, 23:9
  24:1, 24:4
  27:11, 29:8
  31:13
  31:21
  33:20
cause 4:5
cautioned
  5:5
cell 21:14
  21:17
  21:17, 30:3
Center
  24:25
  25:17
CENTRAL 1:2

certain
  5:15, 8:3
  11:2, 17:10
  18:15, 26:1
  34:3, 34:3
certainly
  29:23, 32:7
CERTIFICATE
  3:11, 43:1
certified
  4:7, 43:2
  43:14
  43:25
certify
  43:2
champion
  39:2
changes
  43:7
charge
  14:19
  15:20
  18:12, 20:7
charges
  16:2, 16:5
  16:10
child 7:17
  8:11, 13:17
  14:13
  14:14
  14:20, 20:7
  20:10
  20:13
  20:23, 21:8
  41:9
children
  8:14, 40:20
  41:1
church 28:2
  28:5, 28:7
circumsta...
  36:25
Civil 4:4
  43:9
claim 29:4
claims
  33:13
clarify
  30:22
closure
  31:2, 31:3

31:5, 31:5
  31:9
come 32:16
comes 9:5
  9:9
company
  43:17
compensated
  40:18
competitions
  12:5, 12:7
complaint
  13:13
  14:18, 20:5
  23:7
compliance
  43:20
concluded
  3:10, 42:17
conditions
  30:11
conducting
  25:23
confuse
  14:25
  25:15
Conrad 7:20
contain
  43:5
contained
  43:4
contest
  39:5
contests
  38:18
  40:10
contract
  43:15
contributed
  41:8
contributing
  21:1
control
  43:13
conversation
  37:21
conversat...
  35:18
Conway 1:16
  1:23, 2:14
  7:4, 25:12

25:12
  43:25
copies
  43:14
coroner's
  37:13
correct
  5:18, 6:17
  9:13, 17:11
  25:25
  33:16
  34:13, 43:5
counsel
  43:9
county 1:8
  2:10, 6:20
  13:18
  13:18, 17:1
  17:5, 17:7
  17:8, 17:12
  17:15
  17:19
  17:22
  19:16
  22:25, 24:3
  24:4, 24:8
  25:8, 25:9
  25:11
  25:13
  29:17, 37:8
couple
  19:25, 34:7
  34:8, 37:4
court 1:1
  4:6, 4:7
  5:25, 6:19
  20:10, 21:7
  37:25, 38:2
  39:22, 43:2
  43:20
  43:25
Cox 7:21
  8:1, 21:8
CROSS-EXA...
  3:7, 3:8
  33:10, 37:2
cut 35:7
  39:11

**D**

dad 41:2
damages
  31:11
Darst 2:18
  3:7, 17:18
  33:5, 33:9
  33:11
  33:12
  36:24
  42:14
date 13:12
date-date
  10:25
dates 27:20
  34:4
daughter
  7:3
day 4:5
  35:14
  43:22
days 9:14
  21:17, 34:5
death 5:16
  31:17
deceased
  1:4, 10:16
  10:17
  10:19
defendant
  2:17, 4:3
defendants
  1:8, 2:10
  5:15, 23:12
demonstra...
  40:13
DENTON 1:15
dependent
  29:4
deposition
  1:12, 3:10
  5:20, 5:21
  42:17, 43:8
  43:14
depositions
  4:2, 6:5
  29:8, 29:14
  32:7
details
  35:1

determina...
  31:4
died 37:10
different
  6:9, 14:24
  20:19
  21:25, 30:5
  38:17
differently
  24:15
DIRECT 3:6
direction
  43:7
directly
  43:19
Dirty 41:24
  42:8
Disability
  28:19
disbelief
  19:24
  19:25, 20:2
  20:3
discover
  22:15
discovery
  41:16
dispersed
  11:10
dispute
  32:3, 32:11
DISTRICT
  1:1, 1:1
DIVISION
  1:2
Dixon 1:10
  23:1, 23:23
  33:19
docket
  13:14
Document
  13:14
documents
  29:15
doing 22:9
  23:12
  25:23
Dr 1:9
  2:17, 22:25
  33:13

33:16
draft 23:6
Drive 8:17
drives 8:25
drug 15:19
  15:22, 18:9
  18:12, 19:9
  19:18
  19:20
  27:22
drugs 15:9
  15:13
  22:20
  27:17
  27:19
duck 11:14
  11:18
  11:19
  12:12
  12:15
  12:19
  28:14, 36:7
  36:7, 36:13
  38:16
  38:24
  39:16, 40:7
  40:7, 41:17
  41:18
ducks 11:20
  11:25
duly 5:5
  43:3
duplicate
  33:24
Dustin 2:18
  33:12
Dutch 7:20
  8:10, 8:13
  41:10

**E**

early 21:11
  30:10
easier 8:7
EASTERN 1:1
edification
  22:10
Edward
  10:21
either 24:1

emotional
  13:1
employed
  43:10
  43:11
employee
  43:11
entail
  25:19
entailed
  28:15
Erika 2:25
  9:23, 9:24
  10:4, 10:6
essentially
  12:20
estate 1:4
  6:16, 11:4
  36:16
everybody
  22:13
everybody's
  10:17
  22:12
exactly
  30:24
EXAMINATION
  3:6, 3:9
  5:9, 41:6
Examiners
  43:20
exhibitions
  40:10
exhibits
  3:4, 38:16
  39:3
explain
  23:10
  35:16, 37:6

**F**

facility
  27:1
facts 23:14
  24:7
factual
  23:14
failed
  14:19
failure

13:17
  14:14
  14:19, 20:6
  20:7
fair 6:13
  24:9
familiar
  6:8
family
  35:20
far 7:17
  8:10, 27:19
  27:21
fart 15:15
father
  10:18
father's
  10:20
Faulkner
  1:8, 2:10
  13:17, 17:5
  22:25, 24:3
  24:4, 24:8
  29:17
February
  36:9
federal
  5:15
fees 43:19
file 29:2
  30:22
filed 5:16
  6:24, 24:8
  28:25
  30:25
Finally 6:6
financially
  21:1, 40:18
  41:8, 43:12
find 13:25
fine 26:17
finish 35:9
Firm 2:5
  2:12, 43:20
first 5:5
  7:2, 20:25
  39:6
flip 6:11
focused
  19:5
followers

40:14
following
  14:1
follows 5:8
  43:2
food 21:3
foregoing
  43:5
forget
  29:12
form 21:24
  43:7
found 16:3
  19:22
four 14:12
  15:1, 15:3
frequently
  35:5
friend
  34:21
  41:15
  41:17
friend's
  34:20
friends
  34:25
  35:19, 36:2
function
  26:11
further
  41:5, 42:14
  42:16

**G**

Garry 1:9
  2:17, 22:25
GERMAN 1:16
gestures
  6:2
getting
  31:7, 31:9
give 31:9
given 32:8
giving
  40:13
go 5:22
  6:5, 7:1
  11:24
  12:24, 13:9
  16:12

16:15
20:17, 28:1
31:23
32:14, 33:8
35:4, 35:25
40:20
goals 40:18
going 12:24
  16:6, 28:10
  29:13
  30:21, 33:5
  33:23, 34:3
  34:4, 35:7
good 11:25
  33:8, 36:22
  41:15
gotcha
  17:24, 26:5
  26:13
gotten
  24:16
  24:17
  24:19
government
  26:18
  26:20
  26:23, 27:1
  28:18
  28:22
grandparents
  10:16
Grant 1:9
  17:7, 17:8
  17:12
  17:19, 23:1
  23:8, 23:10
  23:11
  23:17
  23:18
  33:18
great 9:23
group 11:24
guess 19:25
  26:1
guide 11:14
  28:14
guidelines
  5:21
guilty 16:3
guys 9:10

**H**

hand 43:22
happen 31:1
happened
  19:10
  29:16
  35:15
  35:20, 36:4
happy 6:9
hard 5:25
  39:13
Harrisburg
  7:22
head 6:2
health 27:4
hear 38:1
  38:2
heard 5:21
  29:7, 29:10
  29:14
  31:25
hearing
  13:17
  14:14
  14:20, 20:8
  39:14
heirs 6:25
held 13:18
help 24:16
  31:8
helped
  16:19, 23:6
HEREINBEFORE
  5:4
hereto
  43:11
hire 11:24
history
  36:6
hold 34:4
home 9:9
  21:11
  36:23
hoping
  30:23
hospital
  24:17
  24:19, 31:9
hospitali...
  30:19

house 9:5
  18:4, 21:2
  27:22, 30:2
  34:14
  36:19
houses 11:6
hunted
  41:17
hunting
  11:18
  12:12
  12:19
Huntsville
  9:16

**I**

idea 16:2
  40:3
ideal 31:5
identified
  41:17
  43:16
impartiality
  43:13
importantly
  6:6
impression
  27:24
  27:25
include
  40:25
income
  38:15
INDEX 3:1
Individually
  1:9, 1:9
  1:10
inject 26:1
instance
  27:2, 27:14
insurance
  27:4, 43:17
interest
  43:16
interested
  43:12
involved
  40:1, 43:18
it'd 8:7

**J**

jail 13:18
  16:6, 16:12
  17:1, 22:25
  29:17
  35:15
  35:21, 37:5
  37:8
January
  36:9
Jason 2:11
  2:12, 5:14
  23:16
  33:13
  43:19
  43:20
Jefferson
  6:20, 17:1
  17:16
  17:17
  17:22, 25:5
  25:6, 25:8
  25:9
job 26:8
Joe 9:15
  10:4, 10:6
  10:21
Jonathan
  8:20, 10:4
  10:7, 10:8
Jones 1:4
  1:4, 1:13
  2:25, 4:2
  5:3, 5:13
  5:14, 5:16
  6:15, 7:2
  7:9, 9:15
  9:23, 10:21
  13:16
  20:20, 33:5
  33:12
  36:24, 43:3
JONESBORO
  2:21
July 10:23
jury 31:13
  31:20

**K**

Karen 1:9
 23:1, 23:8
 23:10
 23:11
 23:17
 23:18
Kendle 8:20
 10:13
 10:14
kind 6:25
 12:11
 14:15
 22:11
 24:22
 27:24
 27:25
 28:18
 28:19
 28:22, 31:5
 39:13
 41:19
kinds 27:4
 28:20
knew 19:20
 21:20
know 5:20
 7:17, 8:4
 8:10, 9:10
 12:7, 13:22
 15:16
 15:18
 15:20
 15:21
 15:22
 15:24, 16:3
 18:8, 20:9
 21:16, 22:4
 22:6, 22:10
 22:11
 22:15
 22:16
 22:16
 22:17
 22:17
 22:25, 23:6
 23:18
 23:23
 24:21
 27:19

 27:21
 28:25, 29:1
 29:15
 31:10
 32:16
 32:24
 33:15
 33:16
 34:11
 34:23
 34:25, 35:1
 35:12, 36:7
 36:15
 36:18
 38:12
 38:15
 38:23, 39:1
 39:15, 40:6
 40:9, 40:13
 40:16, 41:8
 41:12
 41:13
 41:20
 41:21
 41:24, 42:3
knowing
 31:10
knowingly
 43:16
knowledge
 8:8, 8:14
 11:5, 19:17
 19:21
 20:13
 20:22, 21:7
 21:22
 22:19
 28:23
 28:24
known 27:17
 35:10

**L**

L-O-W-E
 7:13
lab 25:23
laboratory
 25:24
land 9:3
LANE 1:16

law 1:15
 2:5, 2:12
 6:25, 43:20
lawsuit
 5:15, 13:1
 24:8, 30:23
 30:25, 31:4
 31:12
 33:14
lawyer 24:5
lawyers
 23:6
Leanne 1:10
 23:1, 23:23
leave 26:17
legal 24:5
 24:6
lengthy
 37:22
life 12:20
lifetime
 30:17
line 39:15
 40:6
list 25:11
 43:17
listed 7:2
 7:3, 7:20
 7:21, 7:21
 8:16, 8:20
 9:15, 9:23
 10:1, 11:3
 42:5
listing
 10:15
lists 6:25
litigant
 43:17
little 2:7
 13:9, 25:4
live 6:20
 6:22, 8:17
 8:21, 9:3
 9:11, 9:17
 9:19, 17:12
 41:22
lives 7:4
 7:22, 9:21
living 7:3
 7:21, 8:16
 8:21, 10:1

 17:25, 18:3
 20:25, 28:1
 34:11
 34:11, 42:5
LLP 2:19
long 14:7
 18:11
 18:16, 27:7
 35:10
 36:19
longer 41:2
look 31:3
 31:5, 38:9
looked
 27:13
looking
 6:15
looks 22:12
lot 38:11
 38:20
Louis 41:23
loved 12:22
Lowe 7:10
 7:11, 7:12
 20:14
 20:15

**M**

M.D 1:9
ma'am 5:12
 33:3
Madison
 9:16
MAIN 2:13
Man 12:15
manner
 24:13
manufactured
 39:16
married
 7:12, 7:15
 8:2, 8:5
 8:8, 10:7
 10:8
matter
 43:18
matters
 27:10, 43:4
mean 7:14
 19:25

 30:22
 36:15, 37:6
 38:23
medical
 24:21
 30:11, 31:8
medications
 30:13
Melissa 7:8
 7:10, 7:15
 20:14
 20:14
 20:14
met 23:3
 36:25, 42:6
 42:6, 42:8
methamphe...
 19:23
 32:18
 32:23
method 43:6
mid-November
 36:8, 36:10
middle
 26:19
millions
 31:24
mischarac...
 32:13
Missouri
 28:9, 41:23
money 31:11
 31:12
 40:14
 40:14
moniker
 12:17
month 34:14
Morningstar
 28:7
MORRIS 2:4
 2:5
mortgage
 21:2
mother 7:4
 7:22, 20:20
mother's
 7:7
moved 36:21

**N**

name 5:11
  5:14, 7:7
  7:25, 10:20
  20:19
  20:19
  33:12
  34:22
  34:23
name's 7:12
named 5:4
  41:24
national
  24:25
  25:16
  38:24, 39:2
nature 13:1
  36:17
need 13:2
  33:6, 37:24
needed 31:8
neither
  43:9
never 19:20
  23:3, 27:19
new 28:7
  35:11
nice 9:10
nickname
  12:11
  12:14
night 13:22
  14:1, 14:3
  22:7, 34:15
  34:16
  34:17
  37:10
nineteen
  18:13
  18:13
nobody's
  22:7, 32:16
  32:18
nods 6:2
normally
  30:1, 36:8
number 3:2
  13:14
  21:20
  31:20

40:12
numbered
  4:5
Nurse 33:18

**O**

oath 5:8
object
  23:13
Objection
  16:9, 16:13
  21:24
  31:22
  32:12, 33:1
occasion
  14:17
occasions
  15:7, 15:10
  16:20
occur 40:19
October
  43:22
office 25:3
  26:23
  37:13
OFFICES
  1:15
Oh 9:1
  9:21, 18:25
okay 5:20
  6:9, 6:10
  6:15, 6:19
  6:22, 6:24
  7:11, 7:13
  7:17, 7:20
  8:2, 8:10
  8:10, 8:13
  8:16, 8:20
  9:1, 9:6
  9:15, 9:23
  10:1, 10:4
  10:11
  10:15
  10:18, 11:1
  11:12
  11:15
  11:24, 12:4
  12:19
  12:24, 13:4
  14:2, 14:6

14:13, 15:6
15:7, 15:10
15:12
15:24, 16:5
16:16
16:19
16:24, 17:1
17:9, 17:12
17:24, 18:3
18:8, 18:11
18:19
18:22
18:23, 19:3
19:17
19:20
19:22, 20:5
20:16
20:22
20:25, 21:5
21:11, 22:4
22:7, 22:9
22:14
22:19
22:23, 23:6
23:20
23:25, 24:3
24:10
24:11
24:14
24:18
24:24, 25:3
25:8, 25:10
25:19
25:21, 26:1
26:15
26:21, 27:4
27:7, 27:9
27:16
27:16, 28:1
28:8, 28:12
28:18
28:22, 29:2
29:4, 29:7
29:19, 30:1
30:4, 30:10
30:16
30:21, 31:3
31:18
32:16
32:21, 33:9
33:23, 34:8

36:2, 36:6
36:12
36:15
37:13
37:21
37:24, 38:1
38:3, 38:6
38:21
38:23, 39:7
39:15
39:22
39:22, 40:3
40:6, 40:17
41:14
41:22
41:24, 42:5
42:10
once 32:10
opinion
  33:19
opinions
  27:10
opportunity
  22:15
opposed 6:2
oral 1:12
  4:2, 43:17
order 6:15
  6:19, 21:7
ordered
  20:10
  20:12
original
  43:13
outcome
  43:12
outset
  12:25
over-the-...
  8:25
overlooked
  31:10
overnight
  13:18
Owens 2:11
  2:12, 3:6
  3:9, 5:10
  5:14, 13:9
  13:12
  16:16
  17:21

17:22, 19:2
19:4, 19:7
19:9, 23:18
25:14
25:16
32:14, 33:2
40:17
40:24, 41:7
42:11
43:19
43:20

**P**

P.A 2:5
  2:12
p.m 1:14
  42:18
P.O 1:22
pages 43:5
paid 21:6
  36:12
  38:23, 39:2
  39:5, 39:5
  39:8
Paragraph
  11:3, 13:13
part 20:25
  21:2, 22:9
particular
  31:12
parties
  43:10
  43:11
  43:15
  43:15
partnership
  41:19
pass 10:22
passed
  10:23
  10:23, 14:4
  37:17
  38:11
passing
  11:12, 14:3
  29:20
pay 20:10
  20:13, 21:8
paying 21:2
payments

20:23
people
  11:10
  11:17
  12:16
  12:17
  21:16
period
  16:17
person 7:20
personal
  1:4, 11:5
  11:9, 33:19
personally
  31:24
persons
  43:16
perspective
  23:14, 24:6
petition
  6:24, 11:3
phone 21:11
  21:14
  21:17
  21:18, 30:3
phrase 6:7
pieces 11:6
Pine 25:3
  28:9
Pinson 42:5
PLAINTIFF
  1:4, 2:3
plan 27:2
  31:13
played 16:3
please 5:11
  6:1, 6:8
PO 43:25
point 13:2
  23:3, 23:15
Polk 13:18
possession
  15:19
preferred
  43:16
prepared
  43:19
prescription
  30:13
PRESENT
  2:24

presentat...
  40:15
presume
  23:12, 24:8
  27:25
prior 15:6
  15:7, 43:3
private
  26:18
privileged
  35:18
probable
  11:4
probably
  18:13
  37:17
probate
  6:19
problem
  18:9, 19:18
  19:20, 35:7
  39:12
Procedure
  4:4, 43:9
proceeding
  43:10
proceedings
  5:1, 43:5
produced
  4:3
proper
  24:12
property
  11:5, 11:6
  11:9, 15:15
  15:24
provide
  43:14
provider
  43:17
public 27:2
  27:4
Pulaski
  19:16
purposes
  13:15
pursuant
  4:4
putative
  6:25

Q

question
  5:23, 6:6
  6:11, 14:16
  30:21, 32:4
  35:16
questions
  33:6, 37:4
  41:5, 42:13
  42:15
  42:16

R

reaction
  26:2
read 29:15
reading
  43:8
real 11:5
  12:2
really 5:22
  11:25
  15:21, 25:1
  26:4, 29:21
reason 32:3
  32:11
  36:21
  36:23
recall
  16:19
  37:21, 38:6
  38:7, 38:8
  38:15
recalling
  16:11
receive
  21:25
recollection
  14:12
record 5:11
  13:15
  17:18
  38:13
recovery
  40:19
Recreation
  41:25
Red's 41:25
  42:8

Redfield
  8:16, 9:20
  17:12
  17:15
  17:22
REDIRECT
  3:9, 41:6
reduced
  43:6
referring
  13:14
Regarding
  36:6
Regulations
  43:20
related
  5:16, 12:11
  43:9
relationship
  35:1, 42:3
relative
  43:11
relinquish
  43:13
rely 6:12
remember
  18:23
  29:21
  30:19
  37:23
  37:23, 38:4
  38:5
rent 21:2
repeat 32:4
rephrase
  6:8, 14:16
report
  37:18
reported
  43:6
reporter
  3:11, 4:7
  5:25, 37:25
  38:2, 39:22
  43:2, 43:20
  43:25
REPORTER'S
  43:1
REPORTING
  1:22
represent

5:14, 32:7
  33:13
Represent...
  1:4
request 4:3
  43:19
requested
  43:8
requests
  41:16
required
  21:8
requires
  43:13
  43:14
research
  24:25
  25:17
  25:23
response
  13:21
responsible
  31:7
result 16:5
  27:9
retirement
  27:2
return 29:2
returns
  28:25
right 7:5
  8:10, 9:24
  12:22
  12:24, 13:6
  15:2, 16:17
  17:13
  17:21
  18:20
  19:11
  21:20
  23:12, 24:1
  25:14
  27:20, 29:8
  32:24
  33:21
  34:10
  34:14
  34:21
  34:23, 35:4
  35:13
  36:21

36:24, 37:4
37:16
37:19
38:14
38:19
39:24
40:22
40:24, 41:4
RMP 2:19
Road 2:20
9:16
Rock 2:7
25:4
roughly
36:20
37:17, 38:4
Ruby 8:17
9:20
Rules 4:4
43:9
runs 36:8
Russellville
13:16
Rusty 41:24
42:8

**S**

sale 15:19
Samantha
8:1, 8:5
8:11, 21:8
Sandra 1:4
1:13, 4:2
5:3, 5:13
43:3
sat 6:5
savings
36:16
saw 33:25
saying 20:2
20:2
says 13:13
13:15, 20:6
screens
27:13
seal 43:22
season 36:7
36:8, 36:13
Section
43:20

Security
28:19
see 9:1
10:15
11:22, 13:6
33:23
seen 6:2
Selena
34:22
35:10
Selena's
34:23
seminars
38:16
38:17
sense 22:17
23:14
September
1:14, 4:6
43:3
service
43:14
Sheridan
17:6, 17:7
17:19
show 39:2
sic 39:19
39:23
side 6:11
signed 43:8
similar
14:21
sir 6:21
6:23, 16:4
17:14, 22:3
23:2, 23:5
23:10, 24:2
29:3, 29:18
34:24, 35:3
35:6, 38:22
40:2, 40:5
40:8, 40:11
40:21
40:23, 41:3
42:7, 42:9
sister 9:23
situation
38:9
skill 12:2
sleeper
9:11

smoother
5:22
SNAP 28:20
Social
28:19
soft 39:13
sold 32:23
39:16, 40:3
40:7
son 6:17
7:21
son's 31:16
sorry 19:5
19:8, 27:1
29:12
29:13, 35:6
35:25
36:24
39:11
sort 5:21
12:16
26:18
30:22
sound 6:13
source
38:15
speak 37:24
specifically
32:9
spoke 37:20
Sports
41:25
Sr 10:21
St 41:23
state 5:11
43:2
STATES 1:1
status 39:1
stay 35:4
staying
36:19
stealing
15:25
Stewart 1:9
2:17, 22:25
33:13
33:16
Street 2:13
28:9
stuff 24:5
25:15

38:11
38:18
40:13
STYLE 3:2
subject
43:7
submitted
43:8
substances
26:2
substantial
43:13
sued 23:11
24:3
SUITE 1:16
2:13, 2:20
supervision
43:7
support
13:17
14:13
14:14
14:20, 20:7
20:10
20:13
20:23, 21:8
Supreme 4:6
sure 9:8
10:23
10:24, 13:7
14:8, 14:17
15:17, 19:2
20:1, 22:10
22:16
23:11
31:11, 32:5
41:1
surgeries
30:16
surprised
20:3, 20:4
surprising
22:12
swallowed
22:20, 32:2
32:10
32:17
sworn 5:5
43:3

**T**

take 11:18
11:20, 13:2
13:3, 26:16
33:18
taken 4:3
22:24, 32:9
41:1, 43:10
talk 5:17
26:5, 26:6
29:22, 30:1
37:5, 37:8
37:14
talked
29:20
29:21
29:23
35:15
35:19, 36:2
36:6
talking
5:24, 17:19
34:5, 34:5
34:6, 35:13
tax 28:25
29:2
taxes 29:5
teach 11:18
technician
25:18
25:20
26:11
telephone
30:1
tell 12:25
13:3, 23:21
23:25, 32:5
38:6
telling
38:8, 40:9
tendency
43:13
Tennessee
42:5
terms 36:12
40:24
terrible
12:2
test 26:2
testified

5:7

**testify** 5:6

**testimony**

31:25, 32:8

43:3

**thank** 13:10

13:11, 33:3

33:4, 36:25

42:11

42:12

**That'd** 17:7

**theft** 15:15

15:24

**thing** 12:25

**things** 5:22

9:12, 12:25

14:15

14:22

19:25, 27:5

28:20

**think** 14:11

16:8, 17:18

20:2, 23:8

23:16, 24:5

24:9, 24:11

24:12

24:14

29:23, 32:5

32:6, 33:2

33:15

34:10

**thinking**

42:14

**third-party**

43:17

**Thompson**

2:4, 2:5

3:8, 13:8

13:10, 16:9

16:13

18:23, 19:1

19:3, 21:24

23:16

25:12

31:22

32:12, 33:1

37:3, 38:1

38:3, 38:6

41:5, 42:13

42:16

**three** 15:6

15:7, 15:10

16:5, 16:8

16:10

16:10

16:22

**THURSDAY**

1:14

**ticket**

16:12

**time** 11:12

16:17, 18:4

20:9, 20:18

21:18

29:20

29:22

29:22, 33:3

33:25

34:12, 35:5

35:10, 37:1

37:11

37:12

38:10

38:12

38:13

**timeframe**

36:4, 38:10

38:10

**timely**

24:13

**times** 14:11

16:24

**timing**

38:10

**Tischler**

41:14, 42:6

**tissue** 13:6

**to-wit** 5:8

**today** 5:17

9:24, 37:1

**told** 19:9

22:7, 32:2

32:17

32:18

**Tonio** 30:7

30:8

**town** 9:7

**toxicolog...**

24:25

25:17

27:10

**toxicology**

27:13

**training**

24:22

**transcribed**

43:6

**transcript**

43:14

43:19

**transcrip...**

43:5

**traveled**

40:10

**trial** 6:13

22:11

22:13

**trips** 11:18

**truck** 9:4

**trucks** 8:25

**true** 20:3

43:5

**truth** 5:6

5:6, 5:7

43:4

**try** 6:1

**turn** 39:25

**turned**

30:24

**TV** 22:12

**twenty**

18:14

**two** 15:14

15:14

16:25, 18:6

21:3, 34:6

34:19

**typewritten**

43:7

**U**

**Uh-huh** 9:2

**ultimately**

16:2, 22:24

**Um-hum** 7:14

10:14, 29:9

30:9, 33:4

34:18

**unacquired**

38:12

**understand**

5:17, 6:7

12:3, 13:1

19:7, 20:1

24:7, 40:19

40:22

**understan...**

12:4

**UNITED** 1:1

**unmarried**

10:4

**upbringing**

41:9, 41:9

**use** 6:7

6:8, 27:17

27:22

**V**

**vague** 16:9

16:13

**vaguely**

37:22

**value** 11:4

**verbal**

13:21

**verbally**

6:1

**verbatim**

43:6

**versus**

34:15

**videos**

40:12

**voice** 39:13

**voice-wri...**

43:6

**W**

**Waid** 1:22

4:6, 43:2

43:24

**waidrepor...**

1:25

**want** 6:25

14:25, 20:1

22:10

22:16, 23:7

27:24, 31:2

31:24, 33:7

**wanted**

30:25

40:25

**wanting**

40:25

**way** 5:24

14:24

18:16

21:25

30:24

39:25

**week** 29:24

34:5

**weeks** 34:6

34:7, 34:8

34:19, 35:4

**went** 16:16

38:17

**wife** 10:11

**win** 12:7

12:10

**WINDOVER**

2:20

**witness** 4:3

5:4, 13:11

17:20

18:25, 19:5

19:8, 33:4

33:8, 39:25

42:12, 43:8

43:22

**witnesses**

32:1, 32:8

**won** 12:4

12:8, 38:24

39:6

**word** 6:7

**words** 6:9

23:8, 30:23

**work** 11:13

11:17

24:24

25:10, 27:9

36:6, 36:9

36:12, 42:2

**worked** 27:7

28:16

36:22, 37:7

42:4

**wrap** 33:7

**written**

41:16

43:17

| wrong 23:9 | 1 | 3 | 8 |
|---|---|---|---|
| 23:12 | | | |
| 23:15 | 1 3:2 | 3 3:4, 43:9 | 8 22:19 |
| 23:20 | 13:14, 43:3 | 33 3:7 | 853 4:7 |
| 23:25, 24:4 | 10 18:18 | 37 3:8 | 43:25 |
| 24:9, 24:11 | 101 1:16 | | 8th 27:16 |
| 32:6 | 1023 2:13 | **4** | 29:16 |
| | 1026 28:9 | | |
| **Y** | 10385 1:22 | 4 3:5 | |
| | 43:25 | 43:12 | |
| y'all 28:1 | 10th 43:22 | 4:21-cv-4... | |
| 30:1 | 11:15 1:14 | 1:6 | |
| yeah 8:4 | 4:7 | 41 3:9 | |
| 9:8, 9:9 | 1107 9:20 | 43 3:10 | |
| 10:10 | 12:05 1:14 | 44 3:11 | |
| 11:16, 12:9 | 42:18 | | |
| 12:10, 13:8 | 15 18:18 | **5** | |
| 17:21 | 18 28:16 | | |
| 18:17, 19:4 | 19 43:21 | 5 3:6 | |
| 19:14 | | 43:15 | |
| 20:17 | **2** | 501 1:24 | |
| 20:18 | | | |
| 25:14 | 2 3:3, 43:5 | **6** | |
| 28:13 | 2006 18:14 | | |
| 29:22 | 19:13 | 620-0982 | |
| 35:17, 37:7 | 2010 19:11 | 1:24 | |
| 38:20 | 2019 13:15 | 662 2:6 | |
| year 29:2 | 14:8, 14:17 | | |
| 36:10 | 15:2, 15:8 | **7** | |
| 36:20 | 18:1, 18:9 | | |
| 38:21 | 18:11 | 7 13:13 | |
| 40:10 | 19:10 | 13:15, 14:8 | |
| years 18:18 | 20:12 | 15:7, 18:11 | |
| 27:8 | 20:22, 21:1 | 20:12 | |
| YouTube | 21:9, 21:12 | 20:22, 22:1 | |
| 40:12 | 22:2, 22:20 | 22:19 | |
| 40:15 | 22:24 | 22:23 | |
| | 27:16 | 700 1:16 | |
| **Z** | 28:19 | 710 2:20 | |
| | 29:16 | 72032 2:14 | |
| ZACHARY | 30:10 | 72034 1:16 | |
| 1:15 | 32:24 | 1:23, 43:25 | |
| | 2022 1:14 | 72203 2:7 | |
| **0** | 4:6, 43:3 | 72401 2:21 | |
| | 43:22 | 7th 20:5 | |
| 0 11:4 | 204 2:13 | 20:6, 27:16 | |
| 08 18:14 | 26 27:8 | 29:16 | |
| 19:13 | 29 1:14 | 32:24, 34:1 | |
| | 43:3 | 34:19 | |
| | 29th 4:5 | 35:14, 36:4 | |