IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **SANDRA JONES, Personal Representative of** <br> **the Estate of ANTONIO L. JONES, Deceased** | **PLAINTIFF** |
| **VS.**    Case No: 4:21-cv-444-BRW | |
| **FAULKNER COUNTY, ARKANSAS** <br> **Dr. GARRY STEWART, M.D., Individually,** <br> **KAREN GRANT, Individually,** <br> **and LEANNE DIXON, Individually** | **DFENDANTS** |

### PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE LATE AFFIDAVITS

Comes now the Plaintiff, Sandra Johnson, and for her Motion in Limine to exclude Defendants' untimely affidavits states and alleges:

1. Defendants have submitted an affidavit of a previously undisclosed witness, although they knew of his existence and potential relevance. Defendants did not disclose the witnesses prior to close of discovery nor give the plaintiff notice of their existence or proposed testimony.

2. Secondly, defendants have submitted an affidavit of two parties, Leann Dixon, MA and Karen Grant, LPN. Defendants' counsel were present at plaintiff's deposition of both Dixon and Grant and were given an opportunity to elicit any information in rebuttal, but refused to participate and do so. Each refused, announcing that they reserved their right to do so. Defendants now submit their

affidavits after close of discovery. The proposed affidavits are attached to Defendants Motion for Summary Judgement as Exhibits 1, 2 and 3.

3. These affidavits should be excluded and not considered by the Court either in support of any motion, in support of argument at any hearing, or at trial.

4. Also, Plaintiff has filed a brief in support of the instant motion, more fully detailing her argument for exclusion, and the same is incorporated herein by reference as if repeated word for word.

5. Based on the Federal Rules of Evidence and caselaw, as more fully discussed in the accompanying brief, the proposed affidavits should be excluded from consideration in this matter either in support of any motion, at any argument at hearing, or trial of this matter and should be disregarded by the Court.

WHEREFORE, Plaintiff respectfully request the Court grant her motion and for all other just and proper relief to which she is entitled.

> Respectfully submitted for Sandra Jones,
> Special Administrator of the Estate of Antonio Jones, deceased, plaintiff herein

*Morris W. Thompson*

Morris W. Thompson Law Firm, P.A.
P. O. Box 662
Little Rock, AR  72203
(501) 661-8100
(501) 663-3544

E-mail: mwthompsonlaw@sbcglobal.net
ABN:80145

## CERTIFICATE OF SERVICE

    I, the undersigned attorney for the Plaintiff, hereby, certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notification of the filing to all counsel of record.

Jason E. Owens
JASON OWENS LAW FIRM, P.A.
P.O. Box 850
Conway, Arkansas 72033-0850
tele: (501) 764-4334
fax (501) 764-9173
email: owens@jowenslawfirm.com

Dustin R. Darst
RMP LLP
710 Windover Road, Suite B
Jonesboro, AR 72401
tele: (870) 394-5200
fax: (870) 520-6250
email: ddarst@amp.law

Paul D. McNeill
RMP LLP
710 Windover Road, Suite B
Jonesboro, AR 72401
tele: (870)394-5200
fax: (870) 520-6250
email: pmcneill@rmp.law

*Morris W. Thompson*