IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of    PLAINTIFF
the Estate of ANTONIO L. JONES, Deceased

VS.       CASE NO: 4:21-cv-444-BRW

FAULKNER COUNTY, ARKANSAS    DEFENDANTS
DR. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually

ORAL DEPOSITION OF

MARSHA "LEANNE" DIXON

TUESDAY, SEPTEMBER 20, 2022
10:33 A.M. TO 12:15 P.M.

FAULKNER COUNTY DETENTION CENTER, UNIT 2
500 S. GERMAN LANE
CONWAY, ARKANSAS 72034

WAID REPORTING
P.O. BOX 10385
CONWAY, ARKANSAS 72034
(501) 620-0982
waidreporting@gmail.com



EXHIBIT A

2

APPEARANCES

ON BEHALF OF PLAINTIFF:

    MORRIS W. THOMPSON

    MORRIS W. THOMPSON LAW FIRM, P.A.

    P. O. BOX 662

    LITTLE ROCK, AR 72203


ON BEHALF OF DEFENDANTS, FAULKNER COUNTY:

    MICHAEL MOSLEY

    JASON OWENS LAW FIRM, P.A.

    1023 MAIN STREET, SUITE 204

    CONWAY, ARKANSAS 72032


ON BEHALF OF DEFENDANT, DR. GARRY STEWART

    DUSTIN R. DARST

    RMP LLP

    710 WINDOVER ROAD, SUITE B

    JONESBORO, ARKANSAS 72401

```
                                                              3
                           INDEX
STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . . . 1
APPEARANCES  . . . . . . . . . . . . . . . . . . . . . . . 2
EXHIBITS . . . . . . . . . . . . . . . . . . . . . . . . . 3
CAPTION  . . . . . . . . . . . . . . . . . . . . . . . . . 4
DIRECT EXAMINATION BY MR. THOMPSON . . . . . . . . . . . . 5
DEPOSITION CONCLUDED . . . . . . . . . . . . . . . . . . .72
CERTIFICATE OF REPORTER  . . . . . . . . . . . . . . . . .73


                          EXHIBITS
EXHIBIT                                                MARKED
Exhibit 1     Leanne Dixon's FCDC Employee File . . . . . .19
Exhibit 2     Leanne Dixon's CLEST Training Records . . . .24
Lt. Scott 8   FCDC Policies and Procedures Manual . . . . .42
Exhibit 3     Leanne Dixon's Statement  . . . . . . . . . .56


    (Reporter's Note:  Previously marked Exhibit Number 8,
    FCDC Policies and Procedures Manual, from the June 27,
    2022, deposition of Lt. Calene Scott was admitted.
```

```
                                                              4
 1                            CAPTION
 2       ANSWERS AND ORAL DEPOSITIONS OF MARSHA "LEANNE" DIXON,
 3    a witness produced at the request of the plaintiff, taken
 4    pursuant to the Arkansas Rules of Civil Procedure in the
 5    above-styled and numbered cause on the 20th day of
 6    September, 2022, before Amy Waid, Arkansas Supreme Court
 7    Certified Court Reporter #853, at 10:33 a.m.
 8
 9                      *  *  *  *  *  *  *  *  *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

5

```
 1                    PROCEEDINGS
 2             THEREUPON,
 3             MARSHA "LEANNE" DIXON,
 4     THE WITNESS HEREINBEFORE NAMED, having
 5        been first duly cautioned and sworn by me
 6        to testify to the truth, the whole truth,
 7        and nothing but the truth, testified on their
 8        oath as follows, to-wit:
 9                 DIRECT EXAMINATION
10  BY MR. THOMPSON:
11  Q   Okay, Ms. Dixon, I'm Morris Thompson.  Oh, by the
12  way, and you said there's an "E" on the end of your --
13  A   Yes.
14  Q    -- of Leanne?
15  A   Yes.
16  Q   Okay.  My -- I'm Morris Thompson, and I'm the
17  attorney representing the estate of Antonio Jones.
18      Would you, for the record, go ahead and give your
19  full name to the court reporter.
20  A   Martha Leanne Dixon.
21  Q   All right.  And, Ms. Dixon, I'm taking your
22  deposition in reference to the death of Antonio Jones
23  while he was in custody here at the Faulkner County
24  Detention Center.
25      And I might refer to the detention center in various
```

72

1  A   No.
2  Q   And you didn't tell that to Nurse Grant?
3  A   Not that I recall.
4  Q   Did you later find out that Nurse Grant also thought
5  he had ingested some drugs?
6           MS. MOSELY:  Object to form.
7  A   No.
8  Q   Did you?
9  A   No, I did not know.
10 Q   Okay.  Anything else that I need to know that we
11 didn't cover?
12 A   Not that I can recall.
13 Q   Okay.  All right, now, there was an investigation of
14 how this was handled.  Were you disciplined for anything
15 you did or did not do with respect to your involvement
16 with Mr. Jones?
17 A   No.
18 Q   To your knowledge, was anyone disciplined?
19 A   Not that I know of.
20 Q   Okay.
21          MR. THOMPSON:  No further questions.
22          MR. DARST:  I'll reserve.
23          (Thereupon, the deposition was concluded at
24       12:15 p.m.)
25

73

# REPORTER'S CERTIFICATE

I, AMY WAID, Certified Court Reporter in and for the State of Arkansas, do hereby certify as follows:

(1) that on September 20, 2022, Martha "Leanne" Dixon, was duly sworn by me prior to the taking of testimony as to the truth of the matters attested to and contained therein;

(2) that the foregoing pages contain and are a true and correct transcription of the proceedings as reported verbatim by me via the voice-writing method to the best of my ability and transcribed and reduced to typewritten form by myself or under my direction and supervision, and subject to appropriate changes submitted by witness, if any, during their requested reading and signed of this deposition according to the Arkansas Rules of Civil Procedure;

(3) that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and that I am not a relative or employee of any attorney employed by the parties hereto;

(4) that I am not financially or otherwise interested in the outcome of this action that affects or has a substantial tendency to affect impartiality or requires me to relinquish control of an original or copies of a deposition transcript before it is certified, or that requires me to provide any service not made available to all parties to the action; and

(5) that I have no contract with the parties, attorneys, or persons with an interest in the action; and that I am not knowingly identified on a preferred provider list, whether written or oral, for any litigant, insurance company, or third-party administrator involved in this matter.

This transcript is prepared at the request of Morris Thompson; and all fees are billed directly to Morris W. Thompson Law Firm, P.A. in compliance with the Arkansas Board of Court Reporter Examiners Regulations Section 19.

Witness my hand and seal this 5th day of October, 2022.

_____
Amy Waid
Certified Court Reporter #853
PO Box 10385, Conway, Arkansas 72034

Amy Waid
Arkansas Supreme Court-Certified Court Reporter
CCR No. 853