IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of
the Estate of ANTONIO L. JONES, Deceased      PLAINTIFF

VS.            CASE NO: 4:21-cv-444-BRW

FAULKNER COUNTY, ARKANSAS
DR. GARRY STEWART, M.D., Individually,        DEFENDANTS
KAREN GRANT, Individually,
and LEANNE DIXON, Individually

ORAL DEPOSITION OF

KAREN GRANT

TUESDAY, JUNE 28, 2022
10:40 A.M. TO 2:43 P.M.

THE LAW OFFICES OF DENTON AND ZACHARY
700 S. German Lane, Suite 101
CONWAY, ARKANSAS 72034

WAID REPORTING
P.O. BOX 10385
CONWAY, ARKANSAS 72034
(501) 620-0982
waidreporting@gmail.com



EXHIBIT B

APPEARANCES


ON BEHALF OF PLAINTIFF:
    MORRIS W. THOMPSON
    MORRIS W. THOMPSON LAW FIRM, P.A.
    P. O. BOX 662
    LITTLE ROCK, AR 72203

ON BEHALF OF PLAINTIFF:
    RANDY HALL
    LITTLE ROCK TRIAL LAWYERS
    415 N. MCKINLEY, SUITE 1000
    LITTLE ROCK, ARKANSAS 72205


ON BEHALF OF DEFENDANTS:
    MICHAEL MOSLEY
    JASON OWENS LAW FIRM, P.A.
    1023 MAIN STREET, SUITE 204
    CONWAY, ARKANSAS 72032


ON BEHALF OF DEFENDANTS:
    DUSTIN R. DARST
    RMP LLP
    710 WINDOVER ROAD, SUITE B
    JONESBORO, ARKANSAS 72401

```
                                                              3
 1                            INDEX
 2   STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . . 1
 3   APPEARANCES  . . . . . . . . . . . . . . . . . . . . . . 2
 4   EXHIBITS . . . . . . . . . . . . . . . . . . . . . . . . 3
 5   CAPTION  . . . . . . . . . . . . . . . . . . . . . . . . 4
 6   DIRECT EXAMINATION BY MR. HALL . . . . . . . . . . . . . 5
 7   DEPOSITION CONCLUDED . . . . . . . . . . . . . . . . . 164
 8   CERTIFICATE OF REPORTER  . . . . . . . . . . . . . . . 165
 9
10
11                           EXHIBITS
12   EXHIBIT                                              MARKED
13   Exhibit 1     Ofc. Alyssa Mason Statement Form  . . . . . 94
14   Exhibit 2     Antonio Jones Med Watch Log . . . . . . . . 96
15   Exhibit 3     Karen Grant Statement Form  . . . . . . . .106
16   Exhibit 4     Criteria Before Calling Nurse . . . . . . .109
17   Exhibit 5     Decision-Making Model . . . . . . . . . . .120
18   Exhibit 6     Medication Administration . . . . . . . . .130
19   Exhibit 7     FCDC Seizure Treatment Protocol . . . . . .139
20   Exhibit 8     FCDC Narcotic Withdrawal Protocol . . . . .141
21   Exhibit 9     FCDC Amphetamine Withdrawal Protocol  . . .148
22
23
24
25
```

```
                                                                    4
 1                            CAPTION
 2        ANSWERS AND ORAL DEPOSITIONS OF KAREN GRANT, a
 3   witness produced at the request of the plaintiff, taken
 4   pursuant to the Arkansas Rules of Civil Procedure in the
 5   above-styled and numbered cause on the 28th day of June,
 6   2022, before Amy Waid, Arkansas Supreme Court Certified
 7   Court Reporter #853, at 10:40 a.m.
 8
 9                    *  *  *  *  *  *  *  *  *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

5

PROCEEDINGS

    MR. HALL: Randy Hall on behalf of the plaintiff.

    MR. DARST: Dustin Darst for Dr. Garry Stewart.

    MR. MOSLEY: Mike Mosley for Ms. Karen Grant and Faulkner County.

    MR. THOMPSON: And Morris Thompson for the plaintiff.

THEREUPON,

KAREN GRANT,

THE WITNESS HEREINBEFORE NAMED, having been first duly cautioned and sworn by me to testify to the truth, the whole truth, and nothing but the truth, testified on their oath as follows, to-wit:

DIRECT EXAMINATION

BY MR. HALL:

Q   Will you state your name for the record, please.

A   Karen Denise Grant.

Q   Ms. Grant, what's your address?

A   116 West Pumping -- P-U-M-P-I-N-G -- Station Road, Conway, Arkansas.

Q   Okay. Have you ever had your deposition taken before?

```
                                                               164
 1          Okay.  I was like, Huh?  Okay.
 2              MR. HALL:  You have a nice day, ma'am.
 3      Thank you for --
 4              MR. THOMPSON:  Yeah.
 5              MR. HALL:  -- your answers.
 6              THE WITNESS:  Okay.
 7              MR. HALL:  You have a great day.
 8              MR. THOMPSON:  Thank you for putting up
 9      with us.
10              MR. DARST:  I'll reserve.
11              (Thereupon, the deposition was concluded at
12      2:43 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

165

# CERTIFICATE

STATE OF ARKANSAS   )
                    )ss
COUNTY OF FAULKNER  )

I, AMY WAID, Certified Court Reporter in and for the State of Arkansas, do hereby certify that the witness was duly sworn prior to the taking of testimony as to the truth of the matters attested to and contained therein; that the testimony of said witness was taken by me through the use of the voice-writing method and was thereafter reduced to typewritten form by me or under my direction and supervision; that the foregoing transcript is a true and accurate record of the testimony given to the best of my understanding and ability.

I FURTHER CERTIFY that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested, or otherwise, in the outcome of this action; and that I have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original deposition transcript or copies of the transcript before it is certified and delivered to the custodial attorney, or that requires me to provide any service not made available to all parties to the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.

Dated this 13th day of August, 2022

_____
Amy Waid
Arkansas State Supreme Court
Certified Court Reporter #853

Amy Waid
Arkansas Supreme
Court-Certified
Court Reporter

CCR No. 853