```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF ARKANSAS
 3
 4
 5   CHRISTINE TURNER, SPECIAL
     ADMINISTRATOR OF THE ESTATE
 6   OF LINDA WARNER, DECEASED
 7                                          PLAINTIFF
 8   VS.
 9
10              NO. 4:18-CV-468-DPM
11
12
13   FAULKNER COUNTY, ARKANSAS ET AL.
14                                          DEFENDANTS
15
16
17            VIDEOTAPED DEPOSITION OF:
18               GARRY STEWART, M.D.
19
20
21
22       (Taken AUGUST 29, 2019, at 1:47 p.m.)
23
24
25
```



GARRY STEWART, MD   8/29/2019

Page 2

```
 1                      APPEARANCES

 2    ON BEHALF OF THE PLAINTIFF:

 3           Jessica Virden Mallett, Attorney at Law
             Law Offices of Peter Miller
 4           1601 South Broadway
             Little Rock, Arkansas   72206
 5           501.374.6300
             jvirden@petermillerlaw.com
 6

 7    ON BEHALF OF THE FAULKNER COUNTY DETENTION
      CENTER DEFENDANTS:
 8
             Jason E. Owens, Attorney at Law
 9           Jason Owens Law Firm
             1023 Main Street
10           Suite 203
             Conway, Arkansas   72033-0850
11           501.764.4334
             owens@jowenslawfirm.com
12

13    ON BEHALF OF THE DEFENDANT GARRY STEWART, M.D.:

14           Paul D. McNeill, Attorney at Law
             Dustin Darst, Attorney at Law
15           Reece Moore McNeill Pendergraft
             710 Windover Road
16           Suite B
             Jonesboro, Arkansas   72401
17           870.394.5200
             pmcneill@rmp.law
18           ddarst@rmp.law

19

20

21    Also present:  Chris Chandler, Videographer
                     Hannah Wright
22

23

24    COURT REPORTER:  JULIE MCPHERSON, CCR

25
```

GARRY STEWART, MD   8/29/2019

Page 22

1   A       Generally it's for emergency facilities.
2   Q       Okay.  And now I'm talking about -- strictly
3   about your job duties at Faulkner County Detention
4   Center.  So you daily or -- and I guess maybe that's
5   why it was a little confusing.  Do you send inmates
6   to outside detention facilities daily?
7   A       Just about, yes, I would say.
8   Q       Okay.  And so there's an emergency medical
9   situation daily at the Faulkner County Detention
10  Center?
11  A       No.  You asked me how often I referred
12  patients out to an outside facility, didn't you?
13  Q       I did.  And you said it's usually for
14  emergency situations.
15  A       Yes, but it can also be for other issues,
16  outpatient imaging for various reasons.
17  Q       And do you know what jail regulations are for
18  medical care?
19  A       I'm sorry, would you repeat that question or
20  rephrase that for me, please?
21  Q       Okay.  So Arkansas and -- Arkansas has the
22  Criminal Detention Facility Standards, and I'm going
23  to mark that as Exhibit 2 to your deposition.
24          (Exhibit 2 was marked for identification.)
25          Have you ever seen those before?

```
 1   A      I don't recall having seen them in this form.
 2   I may have seen them before.  It depends -- I've
 3   seen a lot of -- a lot of documents over my years at
 4   the jail that are very similar to this, but I
 5   couldn't say that -- specifically that I've seen
 6   this particular -- this particular document.
 7   Q      Okay.  On page 1, which isn't actually the
 8   first page, but it's numbered page 1, under "Health
 9   Authority" --
10   A      Yes.
11   Q      -- it's a licensed physician, health
12   administrator or agency.  And when it's other than a
13   licensed physician, final medical judgment rests
14   with a single responsible physician who is licensed
15   in Arkansas and has been so designated by the Chief
16   Executive.
17          Are you the health authority at Faulkner
18   County Detention Center?
19   A      I would assume that, ma'am.  From reading
20   this, it appears to be -- that would be the case.
21   Q      How many people are on the medical staff at
22   Faulkner County Detention Center?
23   A      I think that there's three.
24   Q      Okay.  And do you know who those people are?
25   A      It would be the two nurses, Monte Munyan and
```

```
 1   Karen Grant, and then I think their assistant,
 2   Leon -- Leanne Dixon.  I think they're all three
 3   designated as -- as medical.  Maybe -- Leslie Moore
 4   may be medical, too, I'm not sure.
 5   Q     Okay.  And who do -- who does the medical
 6   staff report to?
 7   A     To me.
 8   Q     And so according to the Criminal Detention
 9   Facility Standards, final medical judgment rests
10   with a single responsible physician who is licensed
11   in Arkansas, correct?
12   A     Yes.
13   Q     And you are the health authority at Faulkner
14   County Detention Center?
15   A     I would assume that to be the case.
16   Q     Is it the role of the responsible health
17   physician or health authority to make sure inmates
18   are seen and evaluated by medical staff?
19         MR. MCNEILL:  Object to form.
20   A     Yes, I'm not sure -- would you repeat that
21   again, please?
22   BY MS. MALLETT:
23   Q     Yes.  Is it the role of the responsible health
24   physician to ensure inmates are seen and evaluated
25   by medical staff?
```

```
 1   whole jail to -- to bring that to the attention of
 2   medical staff.
 3   Q     So whose responsibility for the healthcare
 4   that inmates receive at Faulkner County Detention
 5   Center [sic]?
 6         MR. MCNEILL: Object to form.
 7   A     Yeah, I still -- again, please repeat that.
 8   BY MS. MALLETT:
 9   Q     Okay. As the health authority is it your job
10   to make sure inmates have access to care?
11   A     Yes, ma'am.
12   Q     So when inmates receive healthcare, that falls
13   under your job description, it's overseeing the
14   healthcare they receive?
15   A     Yes, overseeing the healthcare.
16   Q     Okay. And if an inmate requests medical care
17   and does not receive that medical care, where does
18   that responsibility fall?
19         MR. MCNEILL: Object to form.
20   A     If an inmate requests healthcare. Again,
21   could you be more specific?
22   BY MS. MALLETT:
23   Q     So if an inmate requests to see you, to see
24   the physician, and they need medical care and don't
25   receive the medical care, is it your responsibility,
```

```
 1    or is it the nurses, or is it the detention
 2    facility?
 3            MR. MCNEILL:  Object to form.
 4    A     It depends on -- I still don't understand.
 5    Maybe you could rephrase that in another --
 6    BY MS. MALLETT:
 7    Q     Okay.
 8    A     -- new way.
 9    Q     I'll circle back to that and be more specific
10    later.
11            Do you -- are you in charge of treatment plans
12    for inmates?
13            MR. MCNEILL:  Object to form.
14    A     That, I don't understand either.
15    BY MS. MALLETT:
16    Q     Okay.  Do you know what a treatment plan is?
17    A     I do.
18    Q     Okay.  What is a treatment plan?
19    A     It's the plan of care to provide medical care
20    for an individual.
21    Q     So if an individual in Faulkner County
22    Detention Center needs medical care, who is
23    responsible for coming up with the treatment plan
24    for that inmate?
25    A     Ordinarily the overall -- the overall
```

```
 1   responsibility would fall on me.  But the nursing
 2   staff has some latitude to provide some care under
 3   some protocols that are a low level, low level
 4   medical needs, athletes foot, jock itch, things like
 5   that.
 6   Q      Okay.  Is part of your job making sure there
 7   are no unreasonable barriers to inmates receiving
 8   medical care that need it?
 9          MR. MCNEILL:  Object to form.
10   A      Yeah, again, I don't understand what you mean
11   by that either.  What do you mean by barriers,
12   maybe?
13   BY MS. MALLETT:
14   Q      So inmates have a constitutional right to
15   receive necessary medical care --
16   A      Absolutely.
17   Q      -- would you agree with that?  Okay.
18   A      Absolutely.
19   Q      And part of that is there can't be
20   unreasonable barriers to medical care.  Who is
21   responsible for making sure there are not
22   unreasonable barriers to inmates receiving treatment
23   at Faulkner County Detention Center?
24   A      I -- could you maybe elaborate?  What do you
25   mean by an unreasonable barrier?
```

```
 1   Q     So if an inmate can't -- well, what's the
 2   process to be seen by you as a physician at Faulkner
 3   County?
 4   A     The inmates file a grievance on a kiosk.
 5   Q     What --
 6   A     And then that's presented to the nursing
 7   staff, who arranges for them to have a clinic visit
 8   with me.
 9   Q     What if they can't fill out the medical
10   grievance?
11   A     Surely if they had some type of a barrier
12   where they couldn't type that or have someone type
13   that, they could surely have a guard transcribe the
14   request to get to us.  There's -- there's a
15   procedure for doing a written request as well.
16   Q     And so who sets the medical procedures at
17   Faulkner County Detention Center?
18   A     What do you mean by the procedures?  I don't
19   understand --
20   Q     So does Faulkner County Detention Center have
21   medical policies and procedures?
22   A     Yes.
23   Q     Who sets those policies and procedures?
24   A     I approved the -- the procedures through a
25   procedure log when I became medical director however
```

```
 1   many years ago, and updated it maybe five or six
 2   years ago as well.  So those are the procedures.
 3          Now, the policies, that's a little different.
 4   And I think policy is usually administrative.  So
 5   I'm not totally clear on what you are asking, but --
 6   Q     Do you ever coordinate with the jail
 7   administrator or the sheriff on setting policies?
 8   A     I have.
 9   Q     Okay.  So you set the, like, protocols, I
10   think?
11   A     Protocols, yes, let's -- let me get that
12   correct.
13   Q     Okay.  So you set the medical protocols?
14   A     Correct.
15   Q     And then you work with the sheriff on setting
16   Faulkner County Detention Center's policies if he
17   requests that of you?
18   A     I suppose I would if they requested it of me.
19   I don't recall having been requested for policy
20   matters, but I may have.
21   Q     So what is your normal work schedule at
22   Faulkner County Detention Center?
23   A     I'm on call 24/7, and then I have sick call
24   clinics on Thursday mornings.
25   Q     Okay.  And how long do those sick call clinics
```