```
IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
              DISTRICT OF ARKANSAS
                 CENTRAL DIVISION


SANDRA JONES, Personal Representative of
the Estate of ANTONIO L. JONES, Deceased     PLAINTIFF


VS.          CASE NO: 4:21-cv-444-BRW


FAULKNER COUNTY, ARKANSAS
DR. GARRY STEWART, M.D., Individually,       DEFENDANTS
KAREN GRANT, Individually,
and LEANNE DIXON, Individually




                 ORAL DEPOSITION OF

                    KAREN GRANT

              TUESDAY, JUNE 28, 2022
              10:40 A.M. TO 2:43 P.M.

        THE LAW OFFICES OF DENTON AND ZACHARY
           700 S. German Lane, Suite 101
              CONWAY, ARKANSAS 72034
```

```
                  WAID REPORTING
                  P.O. BOX 10385
               CONWAY, ARKANSAS 72034
                   (501) 620-0982
               waidreporting@gmail.com
```


EXHIBIT C

APPEARANCES

ON BEHALF OF PLAINTIFF:
    MORRIS W. THOMPSON
    MORRIS W. THOMPSON LAW FIRM, P.A.
    P. O. BOX 662
    LITTLE ROCK, AR 72203

ON BEHALF OF PLAINTIFF:
    RANDY HALL
    LITTLE ROCK TRIAL LAWYERS
    415 N. MCKINLEY, SUITE 1000
    LITTLE ROCK, ARKANSAS 72205

ON BEHALF OF DEFENDANTS:
    MICHAEL MOSLEY
    JASON OWENS LAW FIRM, P.A.
    1023 MAIN STREET, SUITE 204
    CONWAY, ARKANSAS 72032

ON BEHALF OF DEFENDANTS:
    DUSTIN R. DARST
    RMP LLP
    710 WINDOVER ROAD, SUITE B
    JONESBORO, ARKANSAS 72401

1  A   None that I'd placed in there, sir.  They may have
2  got memos or something previously that they had had in
3  there --
4  Q   Okay.
5  A   -- or somebody may have passed around a memo or sent
6  a memo.  But did I put anything in there?  No, sir.
7  Q   Well, I'm not worried about you putting stuff in
8  there.  I'm worried about if there was a manual there that
9  provided you guidance with respect to particular
10 situations that you might face with respect to an inmate.
11 A   Now, there was a manual in my office --
12 Q   Okay.  Well --
13 A   -- that had specific instances of different, you
14 know, things in it.
15 Q   Okay.
16 A   But was there one that I knew of down at booking?
17 No, sir.
18 Q   Okay.  Tell me about the things that was in this
19 manual in your office.
20 A   Well, if I recall correctly, there were upwards of 60
21 things.  But I'll tell you the ones I can remember.
22 Q   Okay.
23 A   It was, like, for headaches and nausea and vomiting
24 and things of that nature, high blood sugars, high blood
25 pressures, low blood sugars, low blood pressures,

29

1   earaches, teethaches, you know, just general things --
2   Q   Okay.
3   A   -- that you would have from day to day.
4   Q   All right.  Did this manual have a name, or was it
5   just what you call a manual?
6   A   It was just "the white binder."
7   Q   The white binder?
8   A   "The white binder with the doctor's stuff in it."
9   Q   White binder with the doctor's stuff in it?
10  A   Pretty much.
11  Q   Why do you say it had the doctor's stuff in it?
12  A   Because the doctor had to have signed off on
13  everything that was in that binder --
14  Q   And would that --
15  A   -- at some point.
16  Q   And that would be Dr. Stewart?
17  A   Yes, sir.
18  Q   Now, was that "white binder with the doctor's stuff
19  in it," that was in place before Dr. Stewart became
20  affiliated with Faulkner County?
21  A   Not that -- I don't honestly know, sir.
22  Q   But it was in place when you got there?
23  A   Yes, sir.
24  Q   Do you know who authored the items in "the white
25  binder with the doctor's stuff"?

1  A     No, sir.
2  Q     Were you trained or did you receive any type of
3  training with respect to the things that were in "the
4  white binder with the doctor's stuff"?
5  A     Other than being told, "You need to read that," no,
6  sir.
7  Q     Who told you, you need to read it?
8  A     That would be Lt. Riedmueller.
9  Q     Anybody else?
10 A     No, sir.
11 Q     When you read it, did you have any questions about
12 what was in there?
13 A     It was pretty standard stuff.  There was a few things
14 if I had questions, I don't really remember.  If I
15 questioned the doctor, he would write it on -- he would
16 actually amend it in the book -- he -- right then he --
17 you know, when he came for doctor's visits.
18 Q     He --
19 A     And the only thing I can remember him amending is the
20 pregnancy one.  That's the only thing I can remember him
21 amending.
22 Q     Well, you kind of anticipated my next question.
23 A     Sorry.
24 Q     Over the time that you were there and Dr. Stewart was
25 there, did he ever make any changes or additions to "the

31

1  white binder with the doctor's stuff"?
2  A    He made an update to the diabetic protocol and,
3  again, the pregnancy protocol.
4  Q    Anything else that he made updates to that you know
5  of?
6  A    No, sir.
7  Q    Did you follow all of the procedures in "the white
8  binder with the doctor's stuff in it" with respect to your
9  decision-making with respect to Mr. Jones?
10 A    To the best of my knowledge, yes, sir.
11 Q    Did you follow all the jail policies and procedures
12 during your decision-making for Mr. Jones?
13 A    To the best of my knowledge, sir.
14 Q    Now, we're going to change -- by the way, when I tell
15 you I'm going to change topics, I'll tell you; okay?
16 Because I kind of jump all over everywhere.
17      Have you ever any specialized training with respect
18 to drug overdoses or people who are on drugs?  And when I
19 mean "drugs," I mean illegal drugs.
20 A    We had a film on fentanyl, and we had a film on
21 Narcan, a little video -- I'm older; I call them "films,"
22 I guess -- but a little video that you watched on those.
23 Q    When you say, "We had a film," who's we?
24 A    Everybody in the jail.
25 Q    When was that?

1  A    Sir, I don't recall.
2  Q    Was it before or after Mr. Jones's death?
3  A    That would be before because we already had Narcan in
4  place.
5  Q    Okay.  Was there any specialized training that you
6  know of for either yourself or officers regarding drug
7  overdoses?
8  A    No, sir.
9  Q    Was there any after Mr. Jones's death, to your
10 knowledge?
11 A    They came to each individual.  I don't know if they
12 came to every individual in the jail, but I know they came
13 to each individual and said, "Hey, if this happens or if
14 this happens, and" -- but nothing's formal.
15 Q    Okay.  Was it common for -- during your tenure at
16 Faulkner County Detention Center, for inmates to come in
17 under the influence of drugs?
18 A    Yes, sir.
19 Q    What would be the incident ratio, to your knowledge?
20 10 percent?  5 percent?  20 percent?
21 A    Probably closer to 35 or 40.
22 Q    Okay.
23 A    And if it wasn't illegals drugs, it was, you know,
24 prescriptions that they couldn't have there in the jail.
25 Q    Let's limit our answer to illegal drugs.

```
 1  A    Yes, sir.
 2  Q    Is your testimony still that 35 to 40 percent of
 3  inmates would be under the influence of illegal drugs?
 4  A    It'd be closer to 30.
 5  Q    All right.  Have you ever had any special training
 6  with respect to recognizing a methamphetamine overdose?
 7  A    No, sir.
 8  Q    Do you know what someone -- what their subjective
 9  clinical signs are for someone who's overdosed on
10  methamphetamine?
11  A    An elevated temperature, sweating, pinpointed pupils,
12  other than that -- their blood -- it depends on where they
13  are with what's going on, if they're, you know, at the
14  beginning, the middle, or the end of where they've taken
15  it.
16  Q    Okay.
17  A    I mean, it really does.
18  Q    Sure.  Indeed, it does.  Well, let's break it down,
19  then.
20       What would be the signs of a methamphetamine overdose
21  at the beginning as you've described it?
22  A    The temperature would start to elevate; the blood
23  pressure would start to elevate; and they would be
24  sweating.  That'd be closer to the middle, though.  The
25  sweating part would be closer to the middle.
```