IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANDRA JONES, Personal Representative of
the Estate of ANTONIO L. JONES, Deceased                               PLAINTIFF

v.                              4:21-CV-00444-BRW

FAULKNER COUNTY, ARKANSAS
Dr. GARRY STEWART, M.D., Individually,
KAREN GRANT, Individually,
and LEANNE DIXON, Individually                                         DEFENDANTS

## JUDGMENT

Based on the Order entered today, December 27, 2022, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of December, 2022.

                                                              BILLY ROY WILSON
                                        UNITED STATES DISTRICT JUDGE